Mar 21 23, 12:04a     Elliot Lander, MD     7607760041     p.1

Case 2:23-ap-01080-BB    Doc 7-2    Filed 03/20/23    Entered 03/20/23 15:35:04    Desc
Declaration of Elliot Lander In Support of Motion to Dismiss at Claims in Compl    Page 1 of 24

SEAN A. O'KEEFE – State Bar No. 122417
**OKEEFE & ASSOCIATES
LAW CORPORATION, P.C.**
26 Executive Park, Suite 250
Irvine, CA 92614
Telephone: (949) 334-4135
Fax: (949) 209-2625
Email: sokeefe@okeefelawcorporation.com
Counsel to Elliot B. Lander, defendant

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| GLENROY COACHELLA, LLC <br><br> Debtor. | Case No. 2:21-bk-11188-BB <br><br> Adv. No. 2:23-ap-01080-BB |
| RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ASR DEVELOPMENT CO, a California corporation; DESERT MEDICAL PROPERTIES, INC., a California corporation; ABRAHAM STUART RUBIN, an individual; JOSEPH RUBIN, an individual; DR. ELLIOT B. LANDER, an individual; and GARY STIFFELMAN as trustee for the STIFFELMAN FAMILY TRUST, <br><br> Defendants. | Chapter 7 <br><br> **DECLARATION OF ELLIOT B. LANDER IN SUPPORT OF MOTION TO DISMISS ALL CLAIMS IN COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** <br><br> **DATE:** April 12, 2023 <br> **TIME:** 10:00 a.m. <br> **PLACE:** Courtroom 1539 of the Edward R. Roybal Federal Building and Courthouse at 255 E. Temple Street, Los Angeles, California |

1

Mar 21 23, 12:04a    Elliot Lander, MD        7607760041        p.2

Case 2:23-ap-01080-BB   Doc 7-2   Filed 03/20/23   Entered 03/20/23 15:35:04   Desc
Declaration of Elliot Lander In Support of Motion to Dismiss at Claims in Compl   Page 2 of 24

## DECLARATION OF ELLIOT B. LANDER

I, Elliot B. Lander, hereby declare and state as follows:

1.      I am over the age of eighteen years and the facts stated herein are within my personal knowledge.

2.      I am a medical doctor who specializes in urology. My practice is located in Rancho Mirage, California.

3.      I am the Trustee of "The Elliot Lander Separate Property Trust dated December 2, 2009" (the "Separate Property Trust").

4.      The Separate Property Trust is the sole member of Coachella Resort, LLC, a California limited liability company ("Coachella Resort").

5.      Coachella Resort has never owned an interest in the Debtor and it has never had the ability to exercise control over the Glenroy Coachella, LLC, the debtor in the above bankruptcy case (the "Debtor").

6.      The Separate Property Trust made a $120,000 loan to the Debtor via a wire transfer on March 12, 2018. Attached hereto as Exhibit "A" is a true and correct copy of the Pacific Premier Bank statement reflecting this wire transfer.

7.      The $120,000 transfer that Richard Marshack, as Chapter 7 trustee for the Debtor, is seeking to recover in Adversary 2:23-ap-01080-BB repaid the $120,000 debt owed to the Separate Property Trust.

8.      I have never owned any interest in the Debtor, I have never been employed by the Debtor in any capacity, and I have never owned any interest in the thirty-seven-acre property located at the corner of Avenue 48 and Van Buren Street in Coachella, California (the "Property").

9.      As of the February 15, 2021 petition Date (the "Petition Date"), the Debtor's owned a 70.5% interest in the Property. The remaining ownership interests in the Property were held as follows: Force Rubin, LLC - 21.2115%, Force Rubin 2, LLC - 3.7885%, Coachella Resorts, LLC - 4.5%.

2

Mar 21 23, 12:04a     Elliot Lander, MD            7607760041       p.3

Case 2:23-ap-01080-BB    Doc 7-2    Filed 03/20/23    Entered 03/20/23 15:35:04    Desc
Declaration of Elliot Lander In Support of Motion to Dismiss at Claims in Compl    Page 3 of 24

10.     Coachella Resort acquired its 4.5% interest in the Property, at the invitation of A. Stuart Rubin ("Rubin"), pursuant to the true and correct copy of the Grant Deed attached hereto as Exhibit "B". Coachella paid $875,000 for this 4.5% interest.

11.     At the request of the Trustee, Force Rubin, LLC, Force Rubin 2, LLC, and Coachella Resorts transferred their ownership interest in the Property to the Trustee, and the entirety was then sold pursuant to an order of this Court.

12.     I am the sole member of Desert Medical Properties, LLC ("DMP").

13.     DMP has never owned any interest in the Debtor, and it has never had the ability to exercise any control over the Debtor.

14.     In 2017, DMP sold a medical building in Indio, California and used the net proceeds, $832,439.61, along with $1,892,572.00 of cash that DMP and I deposited into escrow—a total of $2,725,000—to acquire an interest in a property located at 48100 Van Buren Street, Coachella, California (the "Dispensary Property").

15.     The Dispensary Property was acquired through a Section 1031 (IRC) exchange.

16.     Pursuant to the 1031 escrow structure, a newly formed entity, Force-DMP, LLC, acquired title to the Dispensary Property, not DMP, for the sum of $2,725,000 referenced above. DMP then acquired 100% of the ownership interest in Force-DMP, LLC from Force Financial, LLC, the "Exchange Accommodation Titleholder" in this Section 1031 exchange.

17.     A true and correct copy of the Grant Deed transferring title to the Dispensary Property from the Debtor to Force-DMP, LLC is attached hereto as Exhibit "C".

18.     Attached hereto as Exhibit "D" is the final Closing Statement prepared by Commerce Escrow reflecting the inflow and outflow of dollars in this above described transaction.

19.     Title to the Dispensary Property was transferred to Quonset Partners, LLC. I own a *4.5% interest* in Quonset Partners, LLC. The remaining 95.5% interest is owned by Rubin and Gary Stiffelman ("Stiffelman").

20.     The Complaint alleges that I was a friend of Rubin's in 2018. This is true. It was Rubin who induced me, a urologist with no experience in hotel projects, to invest the Separate

Mar 21 23, 12:04a        Elliot Lander, MD                        7607760041              p.4

Case 2:23-ap-01080-BB    Doc 7-2    Filed 03/20/23    Entered 03/20/23 15:35:04    Desc
Declaration of Elliot Lander In Support of Motion to Dismiss at Claims in Compl    Page 4 of 24

1    Property Trust's funds in the Property, through Coachella Resorts, LLC. This was a 4.5% passive

2    investment, and in retrospect, a very bad one.

3

4            I declare the foregoing is true and correct under the penalty of perjury.

5        Executed this ___ day of March 2023 in Riverside County, California.

6

7                                                Elliot B. Lander

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

# PACIFIC PREMIER BANK

**STATEMENT OF ACCOUNT ACTIVITY**
866-353-1476
www.ppbi.com

ELLIOT LANDER SEPARATE PROPERTY TRUST
DR ELLIOT B LANDER
72780 COUNTRY CLUB DR STE 301
RANCHO MIRAGE CA 92270-4150

| | |
|---|---|
| Page | 1 of 11 |
| Branch | 017 |
| Account Number: | ▪6016 |
| Date | 03/30/2018 |

EM

**LIFE STY 50 NON INT**                                          Acct ▪6016

## Summary of Activity Since Your Last Statement

| | |
|---|---|
| Beginning Balance | 3/01/18 |
| Deposits / Misc Credits | 15 |
| Withdrawals / Misc Debits | 47 |
| ** Ending Balance | 3/31/18 |
| Service Charge | |
| Average Collected Balance | |
| Enclosures | |

## Checks in Check Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/12 | 1019 | 80.00 | 3/08 | 11466 | 35.44 | 3/30 | 11477 | 350.00 |
| 3/23 | 1020 | 188.00 | 3/12 | 11467 | 85.00 | 3/22 | 11478 | 1,495.00 |
| 3/12 | 1021 | 140.00 | 3/30 | 11468 | 150.00 | 3/21 | 11479 | 3,000.00 |
| 3/15 | 1062* | 1,000.00 | 3/13 | 11469 | 2,165.69 | 3/16 | 11480 | 500.00 |
| 3/02 | 1101* | 3,000.00 | 3/13 | 11470 | 133.95 | 3/27 | 11481 | 1,025.00 |
| 3/01 | 11441* | 150.00 | 3/13 | 11471 | 9.77 | 3/27 | 11482 | 175.00 |
| 3/06 | 11455* | 200.00 | 3/19 | 11472 | 325.00 | 3/27 | 11483 | 301.60 |
| 3/05 | 11456 | 7,312.50 | 3/26 | 11473 | 200.00 | 3/27 | 11484 | 7,312.50 |
| 3/06 | 11463* | 3,000.00 | 3/21 | 11474 | 1,337.40 | 3/30 | 11485 | 700.00 |
| 3/06 | 11464 | 8,000.00 | 3/20 | 11475 | 16.21 | | | |
| 3/08 | 11465 | 18.79 | 3/16 | 11476 | 1,000.00 | | | |

* indicates a break in check number sequence

## ATM /POS Transactions

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 3/05 | 4.00 | | SURCHARGE REBATE 1456 |
| | | | COMPASSBANK   72625 HWY 111 PALM DESER |
| 3/05 | | 304.00 | ATM WITHDRAWAL |
| | | | COMPASSBANK   72625 HWY 111 |
| | | | PALM DESERT CA |
| | | | *****5437 03/04 15:35 |
| 3/26 | | 300.00 | ATM WITHDRAWAL |



# PACIFIC PREMIER BANK

**STATEMENT OF ACCOUNT ACTIVITY**
865-353-1476
www.ppbi.com

**ELLIOT LANDER SEPARATE PROPERTY TRUST**
**DR ELLIOT B LANDER**
**72780 COUNTRY CLUB DR STE 301**
**RANCHO MIRAGE CA 92270-4150**

| | |
|---|---|
| Page | 2 of 11 |
| Branch | 017 |
| Account Number: | ▮▮▮▮6016 |
| Date | 03/30/2018 |

EM

## ATM /POS Transactions

| Date | Deposits | Withdrawals | Location |
|------|----------|-------------|----------|
| 3/28 | 3.00 | | *****5437 03/24 17:33 SURCHARGE REBATE 1700B Wells Fargo B PALM-DESERT PALM DESERT |
| 3/28 | | 303.00 | ATM WITHDRAWAL Wells Fargo B PALM-DESERT PALM DESERT 1700B *****5437 03/27 16:07 |
| 3/30 | | 300.00 | ATM WITHDRAWAL PACIFIC PREMI 73-745 EL PAS PALM DESER CA IC1982 *****5437 03/30 09:04 |

## Daily Transactions

# PACIFIC PREMIER BANK

STATEMENT OF ACCOUNT ACTIVITY
866-353-1476
www.ppbi.com

**ELLIOT LANDER SEPARATE PROPERTY TRUST**
**DR ELLIOT B LANDER**
**72780 COUNTRY CLUB DR STE 301**
**RANCHO MIRAGE CA 92270-4150**

| | |
|---|---|
| Page | 3 of 11 |
| Branch | 017 |
| Account Number: | ████6016 |
| Date | 03/30/2018 |
| | EM |

## Daily Transactions

| Date | Activity Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 3/12 | BENE:GLENROY COAHCELLA LLC TRN:P201803120019861 | | 120,000.00 | |
| 3/12 | OUTGOING WIRE FEE-P201803120019861 | | 25.00 | |

010

**EXHIBIT "B"**

DOC # 2018-0155300
Page 1 of 5
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Brian M. Lewis, Esq.
Attorney at Law
44-700 Village Court, Suite 100
Palm Desert, CA 92260

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: NANCY #846

**MAIL TAX STATEMENTS TO:**

Coachella Resort, LLC
72780 Country Club Drive, Suite 301
Rancho Mirage, CA 92270
Attn: Elliot Barton Lander, M.D.

(APN: 603-220-061; -062; -064; -065 and -066)

## GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s):

☐ This transfer is exempt from the documentary transfer tax.

☒ The documentary transfer tax is $962.50 and is computed on:
    ☒ the full value of property conveyed.
    ☐ the full value less value of liens or encumbrances remaining at time of sale.

The property is located in an ☐ unincorporated area, ☒ City of Coachella.

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

GLENROY COACHELLA, LLC, a Delaware limited liability company

hereby GRANTS AND CONVEYS to

COACHELLA RESORT, LLC, a California limited liability company, as to an undivided 4.5% interest,

the following described real property in the County of Riverside, State of California:

See Exhibit A attached hereto and incorporated herein by reference.

[Signature Page Follows]

-1-

**RECORDING REQUESTED BY**
**AND WHEN RECORDED MAIL TO:**

Brian M. Lewis, Esq.
Attorney at Law
44-700 Village Court, Suite 100
Palm Desert, CA 92260

**MAIL TAX STATEMENTS TO:**

Coachella Resort, LLC
72780 Country Club Drive, Suite 301
Rancho Mirage, CA 92270
Attn: Elliot Barton Lander, M.D.

(APN: 603-220-061; -062; -064; -065 and -066)

## GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s):

☐ This transfer is exempt from the documentary transfer tax.

☒ The documentary transfer tax is $962.50 and is computed on:
    ☒ the full value of property conveyed.
    ☐ the full value less value of liens or encumbrances remaining at time of sale.

The property is located in an ☐ unincorporated area, ☒ City of Coachella.

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

GLENROY COACHELLA, LLC, a Delaware limited liability company

hereby GRANTS AND CONVEYS to

COACHELLA RESORT, LLC, a California limited liability company, as to an undivided 4.5% interest,

the following described real property in the County of Riverside, State of California:

See Exhibit A attached hereto and incorporated herein by reference.


[Signature Page Follows]


4846-8419-8242.1

-1-

013

Dated:  April __, 2018

GLENROY COACHELLA, LLC,
a Delaware limited liability company

By: GLENROY COACHELLA HOLDINGS, LLC,
    a Delaware limited liability company
    Its: Sole Member

By: _____
     A. Stuart Rubin, Manager

4846-8419-8242.1

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA         }
COUNTY OF _LOS ANGELES_      } S.S.

On _APRIL 19_ , _2018_ before me, _SARAH STERN_ _____ , a Notary Public, personally appeared, _A. STUART RUBIN_ _____ , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _Sarah Stern_

> SARAH STERN
> Notary Public – California
> Los Angeles County
> Commission # 2218654
> My Comm. Expires Nov 13, 2021

(Notary Seal)

-3-

4846-8419-8242.1

015

## EXHIBIT "A"

## LEGAL DESCRIPTION

Parcels 1, 2, 4, 5 and 6 of Parcel Map No. 37310, in the City of Coachella, County of Riverside, State of California, according to map on file in <u>Book 243, Pages 82 through 84</u> of Parcel Maps, Records of Riverside County, California.

(APN: 603-220-061; -062; -064; -065 and -066)

4846-8419-8242.1

**EXHIBIT "C"**

**2018-0142503**

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:

Force-DMP LLC
72-780 Country Club Drive #301
Rancho Mirage, CA 92270

04/12/2018 05:00 PM Fee: $ 27.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

001

T-12

THIS SPACE FOR RECORDER'S USE ONLY:

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
**DOCUMENTARY TRANSFER TAX Is $2,997.50**
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[ ] Unincorporated area    [X] City of Coachella  AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Glenroy Coachella, LLC, a Delaware Limited Liability Company who acquired title as Glenroy Coachella, LLC, a California Limited Liability Company**

hereby GRANT(s) to:

**Force-DMP LLC, a California limited liability company**

the following described real property in the City of Coachella, County of Riverside, State of California, described as:

Parcel 3 of Parcel Map No. 37310, in the City of Coachella, County of Riverside, State of California, according to map on file in Book 243, Pages 82 through 84 of Parcel Maps, Records of Riverside County, California.

Also Known as:  48100 Van Buren Street, Coachella, CA  92236

APN#: 603-220-063

DATE:  April 6, 2018

PLEASE SEE PAGE TWO FOR GRANTOR'S SIGNATURE.

MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE:

Scanned with CamScanner

GRANT DEED - PAGE TWO

GRANTOR'S SIGNATURE:

Glenroy Coachella, LLC,
a Delaware Limited Liability Company

By: Glenroy Coachella Holdings, LLC
    a Delaware limited liability company
    its Member

By: _____
    A. Stuart Rubin, Manager

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA           )
                                     )SS
COUNTY OF _CALIFORNIA_    )

On _APRIL 11th_, _2018_____ before me, _SARAH STERN_____, a
Notary Public personally appeared **A. Stuart Rubin** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the within instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

**WITNESS** my hand and official seal.

_____
Notary Public

SARAH STERN
Notary Public – California
Los Angeles County
Commission # 2218654
My Comm. Expires Nov 13, 2021

EXHIBIT D

**Commerce Escrow**
A Division of Opus Bank
1055 WILSHIRE BLVD., SUITE 1000, LOS ANGELES, CA 90017
T: (213) 484-0855  F: (213) 484-0417

**Final Combined Build-to-Suit and Forward Exchange Escrow Reconciliation Statement**
**FORCE: Exchange File No. 18-77560 / RPM: Exchange File No. 17-77217**
Statement Date: April 19, 2018
**RPM INVESTMENTS, a division of Opus Bank, Qualified Intermediary for**
**DESERT MEDICAL PROPERTIES, a California corporation ("Exchange Party")**
and
**FORCE FINANCIAL LLC, a California limited liability company, "EAT" for**
**FORCE-DMP LLC, a California limited liability company**

| | DEBITS | CREDITS |
|---|---|---|
| **Relinquished Property** | | |
| Address: 81812 Doctor Carreon Boulevard, Indio, CA 92201 | | |
| Escrow: Stewart Title Company of California, Inc. | | |
| Escrow No.: 01180-290404 | | |
| 12/07/17: Net Sale Proceeds Received from Escrow | | $832,439.61 |
| (Closing Statement Attached hereto as Exhibit "A") | | |
| | | |
| **Other Credits and Debits in Connection with Relinquished Property** | | |
| Exchange Fee to RPM Investments | $1,500.00 | |
| Replacement Property Tie-In Fee to Commerce Escrow | $200.00 | |
| | | |
| Interest Accrued | | $11.00 |
| | | |
| **Replacement Property** | | |
| **Replacement Property acquired through a Build-to-Suit Exchange with Force Financial LLC** | | |
| **Build-to-Suit Exchange File No. 18-77560** | | |
| Address: 48100 Van Buren Street, Coachella, CA | | |
| Escrow: Commerce Escrow | | |
| 12/26/17: Initial Funds Deposited to Escrow | $1,300,000.00 | |
| 01/04/18: Additional Funds Deposited to Escrow | $425,000.00 | |
| 01/10/18: Additional Funds Deposited to Escrow | $225,000.00 | |
| 01/25/18: Additional Funds Deposited to Escrow | $200,000.00 | |
| 02/08/18: Additional Funds Deposited to Escrow | $525,000.00 | |
| 02/28/18: Additional Funds Deposited to Escrow | $45,000.00 | |
| 04/11/18: Closing Funds Transferred to Escrow | $1,311.61 | |
| (Closing Statement Attached Hereto as Exhibit "B") | | |
| | | |
| **Other Credits and Debits in Connection with Replacement Property** | | |
| Build-to-Suit Exchange Fee to Force Financial LLC | $2,000.00 | |
| | | |
| 12/20/17: Funds Infused by Desert Medical Properties | | $350,000.00 |
| 12/26/17: Funds Infused by Desert Medical Properties | | $367,561.00 |
| 01/03/18: Funds Infused by Desert Medical Properties | | $425,000.00 |
| 01/25/18: Funds Infused by Elliot B Lander | | $200,000.00 |
| 02/08/18: Funds Infused by Elliot B Lander | | $500,000.00 |
| 02/08/18: Funds Infused by Desert Medical Properties | | $50,000.00 |
| **TOTALS** | **$2,725,011.61** | **$2,725,011.61** |

**SAVE FOR INCOME TAX PURPOSES**

File 01180-290404                                                                                                  12/8/2017 4:08 PM

# Final Seller's Closing Statement

**Stewart Title of California, Inc., Stewart Title of California, Inc.**
525 North Brand Boulevard, Glendale, CA 91203, (818) 502-2700

| | |
|---|---|
| Seller(s) | RPM Investments as QI for Desert Medical Properties, a California Corporation |
| | Western Desert Properties, LLC, a California limited liability company, 43036 Madison St. Suite B, Indio, CA 92201 |
| Buyer(s) | Positive Investments, Inc. as QI for VPP Properties, L.P., a California limited partnership |
| Lender(s) | Cash Transaction |
| Property | 81800 & - 81812 Doctor Carreon Boulevard Indio, California |
| Closing Date | 12/7/2017 |

Closing Date  12/7/2017         Disbursement Date  12/7/2017         Proration Date  12/7/2017

| | Debit | Credit |
|---|---|---|
| **Sales Price/Consideration** | | |
| Contract sales price - 81800 Doctor Carreon Blvd. - Western Desert | | $1,505,000.00 |
| Contract sales price - 81812 Doctor Carreon - Desert Medical Properties | | $2,795,000.00 |
| **Prorations** | | |
| County taxes - 81800 Doctor Carreon 12/7/2017 to 1/1/2018 @$10,660.48/6mo | | $1,421.40 |
| CAMs December 2017 - 81800 Doctor Carreon 12/1/2017 to 12/7/2017 @$3,260.16/mo | | $652.03 |
| December 2017 CAMS - 81812 Doctor Carreon 12/1/2017 to 12/7/2017 @$4,926.00/mo | | $985.20 |
| County taxes - 81812 Doctor Carreon 7/1/2017 to 12/7/2017 @$14,471.44/6mo | $12,541.91 | |
| December 2017 Rent - 81800 Doctor Carreon 12/7/2017 to 1/1/2018 @$11,374.59/mo | $9,099.67 | |
| December 2017 Rents - 81812 Doctor Carreon 12/7/2017 to 1/1/2018 @$26,309.66/mo | $21,047.73 | |
| **Other Adjustments** | | |
| Security Deposit - 81800 Doctor Carreon Blvd. | $12,214.00 | |
| Security Deposits - 81812 Doctor Carreon | $9,300.00 | |
| **Payoffs** | | |
| Payoff of 1st Lien - 81800 Doctor Carreon - Western Desert to California Bank & Trust; Loan: 0223662-0003 | $824,170.45 | |
|     Principal Balance | $799,454.13 | |
|     Interest Good Through 12/8/2017 at $89.65000000/day | $717.20 | |
|     Interest | $2,689.50 | |
|     Prepayment Penalty | $21,187.62 | |
|     Reconveyance Fee | $45.00 | |
|     Demand Fee | $30.00 | |
|     UCC-3 Termination Fee | $22.00 | |
|     Recording Fee | $25.00 | |
| Payoff of 1st Lien - 81812 Doctor Carreon - Desert Medical Properties to US Bank; Loan: 71-6517557600-26 | $1,848,243.47 | |
|     Principal Balance | $1,843,866.11 | |
|     Interest Good Through 12/8/2017 at $179.26476000/day | $4,123.09 | |
|     Interest | $179.27 | |
|     Reconveyance/termination fees | $75.00 | |
| **Commissions** | | |
| Listing broker commission $100,000.00  to Keller Williams Realty Calabasas | $100,000.00 | |
| **Title Charges** | | |
| Settlement or closing fee to Stewart Title of California, Inc | $1,950.00 | |
| Notary Fees/Signing Service - Elliot Lander to DocPros | $100.00 | |
| Title Insurance to North American Title | | |
| Owner's Coverage $3,870.00 | $3,870.00 | |
| Wire Processing Fee to Stewart Title of California, Inc | $34.00 | |
| Courier/Delivery Processing Fee to Stewart Title of California, Inc | $40.00 | |
| Exchange tie in fee - 81812 Doctor Carreon to Stewart Title of California, Inc | $200.00 | |
| Sub Escrow Fee to North American Title | $125.00 | |
| Recording Process Fee to North American Title | $12.50 | |
| Wire Overnight Fee to North American Title | $50.00 | |
| **Recording Fees/Transfer Charges** | | |
| City/county tax stamps - 81800 Doctor Carreon | $1,655.50 | |
| City/county tax stamps - 81812 Doctor Carreon | $3,074.50 | |
| **Additional Charges** | | |
| NHD Report fee - 81812 Doctor Carreon to DisclosureSave | $120.00 | |
| NHD Report Fee - 81800 Doctor Carreon to DisclosureSave | $120.00 | |
| Sale proceeds – 81800 Doctor Carreon to Western Desert Properties, LLC, a California limited liability company | $622,650.29 | |

Page 1


EXHIBIT "A"

## Final Seller's Closing Statement

| | Debit | Credit |
|---|---|---|
| **Additional Charges (continued)** | | |
| Sale proceeds -81812 Doctor Carreon to RPM Investments as QI for Desert Medical Properties, a California Corporation | $832,439.61 | |
| Subtotal: | $4,303,058.63 | $4,303,058.63 |
| Balance due from Seller: | | $0.00 |
| Totals: | $4,303,058.63 | $4,303,058.63 |



**Commerce Escrow™**
A Division of Opus Bank

1055 WILSHIRE BLVD., SUITE 1000, LOS ANGELES, CA 90017
TEL: (213) 484-0855 (310) 284-5700 (888) 432-6723 FAX: (213) 484-0417
Buyer's Final Closing Statement
Escrow officer: Iris Chae
Escrow No. 17-77422
Closing Date: April 12, 2018
Force-DMP LLC, a California limited liability company
In escrow with
Glenroy Coachella, LLC

Property: 48100 Van Buren Street Coachella, CA 92236

|  | DEBITS | CREDITS |
|---|---|---|
| **Total Consideration** | $2,725,000.00 | |
| Initial Deposit from QI | | $1,300,000.00 |
| Deposit from QI | | $425,000.00 |
| Deposit from QI | | $225,000.00 |
| Deposit from QI | | $200,000.00 |
| Deposit from QI | | $525,000.00 |
| Deposit from QI | | $45,000.00 |
| Deposit from QI | | $1,311.61 |
| Deposit | | $2,800.00 |
| Deposit | | $4,200.00 |
| Deposit | | $13,500.00 |
| | | |
| **Escrow Charges:** | | |
| Escrow fee | $2,725.00 | |
| Messenger fee | $25.00 | |
| | | |
| **Prorations:** | N/A | |
| | | |
| **Insurance:** | N/A | |
| | | |
| **Other Charges:** | | |
| DLA Piper | $13,621.00 | |
| | | |
| **Net Refund to Buyer** | $440.61 | |

| | TOTALS | $2,741,811.61 | $2,741,811.61 |
|---|---|---|---|

**Please retain for income tax purposes.**

EXHIBIT "B"

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 26 Executive Park, Suite 250, Irvine, CA 92614.

A true and correct copy of the foregoing document entitled: **DECLARATION OF ELLIOT B. LANDER IN SUPPORT OF MOTION TO DISMISS COMPLAINT  PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6); AND  DEMAND FOR JURY TRIAL AS TO ANY SURVIVING CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 20, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒   Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On March 20, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, March 20, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☒   Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/20/2023 | Sean A. O'Keefe | /s/ Sean A. O'Keefe |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

5

### NEF LIST

- Richard A Marshack (TR)    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Ryan D O'Dea    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

### MAILING LIST

Asr Development Co
1801 South La Cienega Blvd. Ste. 301
Los Angeles, Ca 90035

Abraham Stuart Rubin
c/o Evan L. Smith, Esq.
Messina & Hankin LLP
24910 Las Brisas Road, Suite 102
Murrieta, CA 92562

Joseph Rubin
715 N. Alpine Dr.
Beverly Hills, CA 90210