Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

FILED & ENTERED

MAY 05 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>**GLENROY COACHELLA, LLC,**<br><br>Debtor. | Case No.: 2:21:bk-11188-BB<br><br>Chapter 7<br><br>Adv. Case No. 2:23-ap-01080-BB |
| **RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff,<br><br>v.<br><br>**ASR DEVELOPMENT CO**, a California corporation; **DESERT MEDICAL PROPERTIES, INC.**, a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST.**<br><br>Defendants. | **ORDER CONTINUING STATUS CONFERENCE**<br><br>**Status Conference**:<br>Date: May 2, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, California<br><br>**Continued Status Conference**:<br>Date: July 11, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, California |

The Court hereby continues the status conference in the above-referenced adversary proceeding to July 11, 2023, at 2:00 p.m., in Courtroom 1539, 255 E. Temple Street, Los Angeles, California.

The deadline to file a Joint Status Report is June 27, 2023.

IT IS SO ORDERED.

# # #

Date: May 5, 2023

Sheri Bluebond
United States Bankruptcy Judge

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618