Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    lshulman@shulmanbastian.com
    rodea@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

FILED & ENTERED

MAY 05 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**GLENROY COACHELLA, LLC,**<br><br>　　　　Debtor.<br>___<br>**RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**ASR DEVELOPMENT CO**, a California corporation; **DESERT MEDICAL PROPERTIES, INC.**, a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST**.<br><br>　　　　Defendants. | Case No.: 2:21:bk-11188-BB<br><br>Chapter 7<br><br>Adv. Case No. 2:23-ap-01080-BB<br><br>**ORDER RE: DEFENDANT ELLIOT B. LANDER'S MOTION TO DISMISS ALL CLAIMS IN COMPLAINT**<br><br>**Hearing:**<br>Date: May 2, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>　　　United States Bankruptcy Court<br>　　　255 E. Temple Street<br>　　　Los Angeles, California |

　　　　Defendant Elliot B. Lander's Notice of Motion and Motion to Dismiss All Claims in

Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6); and Demand for Jury Trial as to

Any Surviving Claims [Docket No. 9] (the "<u>Motion</u>"), came on for hearing on May 2, 2023, at 2:00 p.m., in Courtroom 1539 of the United States Bankruptcy Court for the Central District of California, before Sheri Bluebond, United States Bankruptcy Judge. Appearances were made as noted on the record.

The Court having considered the Motion, the pleadings and documents on file in this adversary proceeding, arguments of counsel, and for the reasons stated on the record, and good cause appearing therefor,

**IT IS SO ORDERED:**

(1)    The Motion is granted as to the fifth claim for relief, with prejudice, as consented to by the Trustee.

(2)    The Motion is denied as to all other claims for relief.

(3)    Defendants shall file and serve answers to the first through fourth claims set forth in the complaint not later than May 31, 2023.

### ###

Date: May 5, 2023

Sheri Bluebond
United States Bankruptcy Judge