United States Bankruptcy Court
Central District of California

Richard A. Marshack, solely in his capac,
Plaintiff
Adv. Proc. No. 23-01080-BB
ASR Development Co., a California corpor,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2
Date Rcvd: May 05, 2023 Form ID: pdf031 Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | ASR Development Co., a California corporation |
| dft | | Abraham Stuart Rubin |
| dft | | Desert Medical Properties, Inc., a California corp |
| dft | | Elliot B Lander |
| dft | | Gary Stiffelman, as trustee for the Stiffelman Fam |
| dft | | Joseph Rubin |
| pla | | Richard A. Marshack, solely in his capacity as Cha |

TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Richard A Marshack (TR) | pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| Ryan D O'Dea | on behalf of Trustee Richard A Marshack (TR) rodea@shulmanbastian.com lgauthier@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Plaintiff Richard A. Marshack solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC rodea@shulmanbastian.com, lgauthier@shulmanbastian.com |
| Sean A OKeefe | on behalf of Defendant Desert Medical Properties Inc., a California corporation sokeefe@okeefelc.com, seanaokeefe@msn.com |
| Sean A OKeefe | |

| | |
|---|---|
| | on behalf of Defendant Elliot B Lander sokeefe@okeefelc.com seanaokeefe@msn.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 6

Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

FILED & ENTERED

MAY 05 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re

**GLENROY COACHELLA, LLC,**

Debtor.

**RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,

Plaintiff,

v.

**ASR DEVELOPMENT CO**, a California corporation; **DESERT MEDICAL PROPERTIES, INC.**, a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST.**

Defendants.

Case No.: 2:21:bk-11188-BB

Chapter 7

Adv. Case No. 2:23-ap-01080-BB

**ORDER CONTINUING STATUS CONFERENCE**

**Status Conference**:
Date: May 2, 2023
Time: 2:00 p.m.
Place: Courtroom 1539
United States Bankruptcy Court
255 E. Temple Street
Los Angeles, California

**Continued Status Conference**:
Date: July 11, 2023
Time: 2:00 p.m.
Place: Courtroom 1539
United States Bankruptcy Court
255 E. Temple Street
Los Angeles, California

The Court hereby continues the status conference in the above-referenced adversary proceeding to July 11, 2023, at 2:00 p.m., in Courtroom 1539, 255 E. Temple Street, Los Angeles, California.

The deadline to file a Joint Status Report is June 27, 2023.

IT IS SO ORDERED.

# # #

Date: May 5, 2023

Sheri Bluebond
United States Bankruptcy Judge