FILED
JUN 13 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>Glenroy Coachella, LLC,<br><br>Debtor(s)<br><br>Richard A. Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of the Glenroy Coachella, LLC<br><br>Plaintiff(s)<br><br>VS.<br><br>ASR DEVELOPMENT CO, a California corporation; DESERT MEDICAL PROPERTIES, INC., a California corporation; ABRAHAM STUART RUBIN, an individual; JOSEPH RUBIN, an individual; DR. ELLIOT B. LANDER, an individual; and GARY STIFFELMAN as trustee for the STIFFELMAN FAMILY TRUST.<br><br>Defendant(s) | Case No. 2:21-bk-11188BB<br>Adv. No. 2:23-ap-01080BB<br><br>Chapter 7<br><br>**NOTICE OF RESCHEDULED HEARING**<br><br>**<u>Current Status Conference</u>**<br>**Date: August 8, 2023**<br>**Time: 2:00 p.m.**<br><br>**<u>Continued Status Conference</u>**<br>**Date: August 10, 2023**<br>**Time: 10:00 a.m.**<br>**Place: 255 E. Temple Street 1539, 15th floor** |

**TO ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE, that on the Court's own motion, the matters listed below has been Rescheduled/Continued from August 8, 2023 at 2:00 P.M. to **August 10, 2023 at 10:00 A.M.** before the Honorable Sheri Bluebond, Bankruptcy Judge.

**Status Conference re: Adversary Complaint**

**PLEASE TAKE FURTHER NOTICE,** that parties are encouraged to attend hearings virtually. However, parties may appear in person in Courtroom 1539, ZoomGov Video or ZoomGov Audio. Parties are free to choose any of these options,

unless otherwise ordered by the Court. Parties electing to appear in person shall comply with all requirements regarding social distancing, use of face masks, etc. which will be in effect at the time of the hearing and should be aware that (1) they will be required to wear a mask at all times, even when presenting oral argument and (2) Judge Bluebond will not be wearing a mask.

1. Parties in interest and members of the public may connect to the video and audio feeds, free of charge, using the connection information provided below.

2. Individuals may participate by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone or Android phone). * **Individuals may opt to participate by audio only using a telephone (standard telephone charges may apply).**

3. Neither a Zoom nor a ZoomGov account is necessary to participate and no pre-registration is required **but you must still notify Chambers at Chambers_SBluebond@cacb.uscourts.gov of your appearance"**. The audio portion of each hearing will be recorded electronically by the Court and constitutes its official record.

4. For more information on appearing before Judge Bluebond by ZoomGov, please see the information on the Court's website at: https://www.cacb.uscourts.gov/judges/honorable-sheri-bluebond under the tab, "Telephonic Instructions."

**The following is the unique ZoomGov connection information for the above reference hearing:**

**Video/audio web address:** https://cacb.zoomgov.com/j/**16161090855**
**ZoomGov meeting number: 161 6109 0855**
**Password: 148508**

* **Telephone conference lines:** 1 (669) 254 5252 or 1 (646) 828 7666
(when prompted, enter meeting number and password shown above)

## Tips for a Successful ZoomGov Court Experience

1. Test the video and audio capabilities of your computer or mobile device in advance of the hearing (i.e., at least one day in advance). You can do this by clicking on the ZoomGov meeting link posting for the hearing and/or check your video and audio using the ZoomGov app.

2. If you intend to speak at the hearing, please find a quiet place from which to participate.

3. If you are connecting to the hearing using a wireless device, you should situate yourself in a location with a strong wireless signal.

4. Unless and until it is your turn to speak, please mute your audio to minimize background noise. (If connected to ZoomGov audio by telephone, you can mute or unmute your connection by pressing *6 on your phone.)

5. When you first speak—and each time you speak after someone else has spoken—please say your name. This may seem awkward but is essential to making a good court record. The only part of the hearing being recorded is the audio. If a transcript is requested, it is sometimes difficult for the transcriber to know who is speaking.

6. If you are participating by video, try to avoid having a window or bright background behind you. (You may, as a result, appear on video as a shadow.) If you cannot avoid the bright background, try using a desk lamp or other light source to brighten your face.

7. If available, a headset-microphone often provides better sound quality for listening and speaking.

8. Participants and members of the public should at all times remember that although conducted remotely, these hearings are official court proceedings, and individuals should act accordingly.

   a. If video is enabled, please wear attire consistent with the decorum of court proceedings.

   b. ZoomGov permits the use of virtual backgrounds to safeguard your privacy. If you choose to use a virtual background, please avoid backgrounds that are offensive or distracting.

   c. ZoomGov video participants are permitted to specify a display name. If using video, please specify your complete name to assist the Court in creating a record of the proceedings.

Dated: 6/13/2023

*Maria Evangelista*

DEPUTY CLERK

# CERTIFICATE OF SERVICE

I, Maria Evangelista, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

ASR DEVELOPMENT CO, a California corporation
Attn: Authorized Agent
1801 SOUTH LA CIENEGA BLVD. STE. 301
LOS ANGELES, CA 90035

ASR DEVELOPMENT CO, a California corporation
Attn: Authorized Agent
3500 S DUPONT HWY DOVER,DE 19901

ASR DEVELOPMENT CO, a California corporation
Attn: Agent for Service
1505 Corporation
1567 INCORPORATING SERVICES, LTD.
7801 FOLSOM BLVD #202
SACRAMENTO, CA 95826

Gary Stiffelman, as Trustee for the Stiffelman Family Trust
383 S. Beverly Glen Blvd
Los Angeles, CA 90024

Gary Stiffelman, as Trustee for the Stiffelman Family Trust
c/o Damian D. Capozzola, Esq.
Timothy R. Laquer, Esq.
The Law Offices of Damian D. Capozzola
633 W. Fifth Street, 26th Floor
Los Angeles, CA 90071

Gary Stiffelman, as Trustee for the Stiffelman Family Trust
5011 Serena Cir
Tarzana, CA 91356-4627

Gary Stiffelman, as Trustee for the Stiffelman Family Trust Stiffelman Family Trust
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121

Abraham Stuart Rubin
715 N. Alpine Dr.
Beverly Hills, CA 90210

Abraham Stuart Rubin
c/o Sean A. O'Keefe
O'Keefe & Associates Law Corporation, PC
26 Executive Park, Suite 250
Irvine, CA 92614-2701

Joseph Rubin
715 N. Alpine Dr.
Beverly Hills, CA 90210

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

Richard A Marshack (TR)
pkraus@marshackhays.com,
rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Ryan D O'Dea on behalf of Plaintiff Richard A. Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC
rodea@shulmanbastian.com, lgauthier@shulmanbastian.com

Ryan D O'Dea on behalf of Trustee Richard A Marshack (TR)
rodea@shulmanbastian.com, lgauthier@shulmanbastian.com

Sean A OKeefe on behalf of Defendant Desert Medical Properties, Inc., a California corporation
sokeefe@okeefelc.com, seanaokeefe@msn.com

Sean A OKeefe on behalf of Defendant Elliot B Lander
sokeefe@okeefelc.com, seanaokeefe@msn.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Date: 6/13/2023 Signature: _Maria Evangelista_

Deputy Clerk [*printed name*]: Maria Evangelista