Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
SHULMAN BASTIAN FRIEDMAN & BUI LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com

☐ *Individual appearing without attorney*
☒ *Attorney for:* Richard A. Marshack, Ch. 7 Trustee

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:
GLENROY COACHELLA, LLC,

Debtor(s).

CASE NO.: 2:21-bk-11188-BB
ADVERSARY NO.: 2:23-ap-01080-BB
CHAPTER: 7

RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,

Plaintiff(s).

vs.

ASR DEVELOPMENT CO, a California corporation; DESERT MEDICAL PROPERTIES, INC., a California corporation; ABRAHAM STUART RUBIN, etc., et al.,

Defendant(s).

# JOINT STATUS REPORT [LBR 7016-1(a)(2)]

DATE: 07/11/2023
TIME: 2:00 p.m.
COURTROOM: 1539
ADDRESS: United States Bankruptcy Court
255 E. Temple Street
Los Angeles, CA 90012

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☐ Yes ☒ No
3. Have all motions addressed to the Claims Documents been resolved? ☐ Yes ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☐ Yes ☒ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):

   Only Defendants Elliot B. Lander, Desert Medical Properties, LLC, and Defendant Stiffelman have responded to the complaint. Counsel for Plaintiff and counsel for Mr. Lander have met and conferred in compliance with LBR 7026-1. Defendant Stiffelman's answer to the complaint was recently filed and the parties will meet and confer under LBR-7026-1 prior to the July 11th status conference. Plaintiff will file requests for clerk's entry of default upon the other defendants prior to the July 11th status conference.

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| January 2024 | Same for defendants Lander and Desert Medical Proeprties, LLC ("DMP") |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| Written discovery, depositions, third-party subpoenas, motion for default judgment and motion for summary judgment. | Same for Lander and DMP. |

3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| December 2023 | Same for Lander and DMP. |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| Requests for Admission, Interrogatories, Requests for Production, Depositions and Third-Party Subpoenas. | Same for Lander and DMP. |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| 2 days | Same for Lander and DMP. |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| 5-7 | Same for Lander and DMP. |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
| --- | --- |
| 25-50 | Same for Lander and DMP. |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
| --- | --- |
| Pretrial conference ☒ is ☐ is not requested<br>Reasons: | Pretrial conference ☒ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
| --- | --- |
| Pretrial conference should be set after:<br>(*date*) 12/31/2023 | Pretrial conference should be set after:<br>(*date*) ____________ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   No settlement efforts to date.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
| --- | --- |
| ☐ Yes ☒ No | ☐ Yes ☒ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☒ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

| | |
|---|---|
| Date: 06/28/2023 | Date: ____________ |
| Shulman Bastian Friedman & Bui LLP<br>Printed name of law firm | OKeefe & Associates<br>Printed name of law firm |
| /s/ Ryan D. O'Dea<br>Signature | [signature]<br>Signature |
| Ryan D. O'Dea<br>Printed name | Sean A. O'Keefe<br>Printed name |
| Attorney for: Plaintiff, Richard A. Marshack | Attorney for: Defendant, Desert Medical Properties and Elliot B. Lander |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 Spectrum Center Drive, Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/29/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/29/2023 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Timothy R Laquer** trl@ddclaw.com, trl@ddclaw.com
- **Richard A Marshack (TR)** pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Ryan D O'Dea** rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sean A OKeefe** sokeefe@okeefelc.com, seanaokeefe@msn.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov