## JOINT STATUS REPORT – ADDITIONAL PARTY ATTACHMENT

Additional party name: Gary Stiffelman, as Trustee for the Stiffelman Family Trust

☐ Plaintiff ☒ Defendant Other (*specify*): ____________________

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   January 2024

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   Written discovery, depositions, potentially third-party subpoenas, potentially a motion for summary judgment

3. When do you expect to complete your discovery efforts?
   December 2023

4. What additional discovery do you require to prepare for trial?
   Written discovery and depositions

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?
   2 days

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
   5-7

3. How many exhibits do you anticipate using at trial?
   25-50

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pretrial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Pretrial conference ☒ is ☐ is not requested.
Reasons: ____________________

Pretrial conference should be set after (*date*): 12/31/2023

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   Counsel for Defendant Gary Stiffelman has spoken with counsel for Plaintiff Richard A. Marshack, and intends to pursue additional settlement efforts.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time? ☒ Yes ☐ No

**F. FINAL JUDGMENT/ORDER:**
Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

I ☐ do ☒ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

The Law Offices of Damian D. Capozzola
Printed name of law firm

[signature]
Signature

Damian D. Capozzola
Printed name

Attorney for: Defendant Gary Stiffelman as Trustee