Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
SHULMAN BASTIAN FRIEDMAN & BUI LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com

☐ *Plaintiff(s) appearing without attorney*
☒ *Attorney for Plaintiff(s)*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:
GLENROY COACHELLA, LLC,

Debtor(s).

RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,

Plaintiff(s),

vs.

ASR DEVELOPMENT CO, a California corporation; DESERT MEDICAL PROPERTIES, INC., a California, et al.,

Defendant(s).

CASE NO.: 2:21-bk-11188-BB
CHAPTER: 7
ADVERSARY NO.: 2:23-ap-01080-BB

**REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**

[No Hearing Required]

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought (*specify name*): ASR DEVELOPMENT CO.
2. Plaintiff filed the complaint in this adversary proceeding on (*specify date*): 02/15/2023
3. The summons and complaint were served on Defendant by ☐ Personal Service ☒ Mail Service on the following date (*specify date*): 02/23/2023
4. A conformed copy of the executed service of summons form is attached hereto.
5. The time for filing an answer or other responsive pleading expired on (*specify date*): 03/20/2023
6. No answer or other responsive pleading has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

Date: 07/11/2023

/s/ Ryan D. O'Dea
Signature

Ryan D. O'Dea
*Printed name of Plaintiff or attorney for Plaintiff*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Ryan D O'Dea<br>Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Dr Ste 600<br>Irvine, CA 92618<br><br>949−340−3400<br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA − LOS ANGELES**

| In re:<br><br>Glenroy Coachella, LLC<br><br>Debtor(s). | CASE NO.: 2:21−bk−11188−BB<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:23−ap−01080−BB |
|---|---|
| Richard A. Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC<br><br>Plaintiff(s)<br>Versus<br>ASR Development Co., a California corporation<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left−hand corner of this page. The deadline to file and serve a written response is **03/20/2023.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| **Date:** | **May 2, 2023** |
| **Time:** | **02:00 PM** |
| **Hearing Judge:** | **Sheri Bluebond** |
| **Location:** | **255 E Temple St., Crtrm 1539, Los Angeles, CA 90012** |

**You must comply with LBR 7016−1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court−approved joint status report form is available on the court's website (LBR form F 7016−1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016−1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: February 16, 2023

By: "s/" Maria Evangelista

Deputy Clerk



# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
| --- | --- |
| Richard A. Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC | ASR Development Co., a California corporation<br>Desert Medical Properties, Inc., a California corporation<br>Abraham Stuart Rubin<br>Joseph Rubin<br>Elliot B Lander<br>Gary Stiffelman, as trustee for the Stiffelman Family Trust |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 Spectrum Center Drive, Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]** and (2) the accompanying pleading(s) entitled: Complaint for (1) Avoidance of Intentional Fraudulent Transfers and Recovery of Same, (2) Avoidance of Constructive Fraudulent Transfers and Recovery of Same, (3) Preservation of Avoided Transfers, (4) Disallowance of Claims, (5) Unjust Enrichment; and Notice of Early Meeting of Counsel Pursuant to Local Bankruptcy Rule 7026-1
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005−2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 23, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) February 23, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/23/2023 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Richard A Marshack (TR)** pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Ryan D O'Dea** rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL:**

Defendant
**ASR DEVELOPMENT CO**, a California corporation
Attn: Authorized Agent
1801 SOUTH LA CIENEGA BLVD. STE. 301
LOS ANGELES, CA 90035

Defendant
**ASR DEVELOPMENT CO**, a California corporation
Attn: Authorized Agent
3500 S DUPONT HWY
DOVER,DE 19901

Defendant
**ASR DEVELOPMENT CO**, a California corporation
Attn: Agent for Service
1505 Corporation
1567 INCORPORATING SERVICES, LTD.
7801 FOLSOM BLVD #202
SACRAMENTO, CA 95826

Defendant
**DESERT MEDICAL PROPERTIES, INC**., a California corporation
Attn: Authorized Agent
**72780 COUNTRY CLUB DRIVE,**
**SUITE 301**
**RANCHO MIRAGE, CA 92270**

Defendant
**DESERT MEDICAL PROPERTIES, INC**., a California corporation
Attn: Agent for Service
**ELLIOT B LANDER**
**72780 COUNTRY CLUB DRIVE**
**SUITE 301**
**RANCHO MIRAGE, CA 92270**

Defendant
**Abraham Stuart Rubin**
715 N. Alpine Dr.
Beverly Hills, CA 90210

Defendant
**Abraham Stuart Rubin**
c/o Sean A. O'Keefe
O'Keefe & Associates Law Corporation, PC
26 Executive Park, Suite 250
Irvine, CA 92614-2701

Defendant
**Abraham Stuart Rubin**
c/o Evan L. Smith, Esq.
Messina & Hankin LLP
24910 Las Brisas Road, Suite 102
Murrieta, CA 92562

Defendant
**Joseph Rubin**
715 N. Alpine Dr.
Beverly Hills, CA 90210

Defendant
Dr. Elliot B. Lander
**72780 COUNTRY CLUB DRIVE**
**SUITE 301**
**RANCHO MIRAGE, CA 92270**

Defendant
Dr. Elliot B. Lander
c/o Sean A. O'Keefe
O'Keefe & Associates Law Corporation, PC
26 Executive Park, Suite 250
Irvine, CA 92614-2701

Defendant
Dr. Elliot B. Lander
c/o Evan L. Smith, Esq.
Messina & Hankin LLP
24910 Las Brisas Road, Suite 102
Murrieta, CA 92562

<u>Defendant</u>
Gary Stiffelman, as Trustee for the Stiffelman Family Trust
383 S. Beverly Glen Blvd.
Los Angeles, CA 90024

<u>Defendant</u>
Gary Stiffelman, as Trustee for the Stiffelman Family Trust
**c/o** Damian D. Capozzola, Esq.
Timothy R. Laquer, Esq.
The Law Offices of Damian D. Capozzola
633 W. Fifth Street, 26th Floor
Los Angeles, CA 90071

<u>Defendant</u>
Gary Stiffelman, as Trustee for the Stiffelman Family Trust
5011 Serena Cir
Tarzana, CA 91356-4627

<u>Defendant</u>
Gary Stiffelman, as Trustee for the Stiffelman Family Trust
Stiffelman Family Trust
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

100 Spectrum Center Drive, Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled: **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/11/2023 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 07/11/2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 07/11/2023 | Lori Gauthier | /s/ Lori Gauthier |
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Timothy R Laquer** trl@ddclaw.com, trl@ddclaw.com
- **Richard A Marshack (TR)** pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Ryan D O'Dea** rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sean A OKeefe** sokeefe@okeefelc.com, seanaokeefe@msn.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL**:

Defendant
**ASR DEVELOPMENT CO**, a California corporation
Attn: Authorized Agent
1801 SOUTH LA CIENEGA BLVD. STE. 301
LOS ANGELES, CA 90035

Defendant
**ASR DEVELOPMENT CO**, a California corporation
Attn: Authorized Agent
3500 S DUPONT HWY
DOVER,DE 19901

Defendant
**ASR DEVELOPMENT CO**, a California corporation
Attn: Agent for Service
1505 Corporation
1567 INCORPORATING SERVICES, LTD.
7801 FOLSOM BLVD #202
SACRAMENTO, CA 95826