Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>**GLENROY COACHELLA, LLC,**<br><br>Debtor.<br><br>**RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff,<br><br>v.<br><br>**ASR DEVELOPMENT CO**, a California corporation; **DESERT MEDICAL PROPERTIES, INC.**, a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST.**<br><br>Defendants. | Case No.: 2:21:bk-11188-BB<br><br>Chapter 7<br><br>Adv. Case No. 2:23-ap-01080-BB<br><br>**DECLARATION OF RYAN D. O'DEA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT, ABRAHAM STUART RUBIN**<br><br>[Request for Entry of Default submitted on July 11, 2023]<br><br>**Status Conference:**<br>Date: July 11, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, California 90012 |

# DECLARATION OF RYAN D. O'DEA

I, Ryan D. O'Dea, declare as follows:

1. I am a partner of Shulman Bastian Friedman & Bui LLP, counsel for Plaintiff, Richard A. Marshack, Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC. I am also a member of the California State Bar, and am thus entitled to practice before all Courts in the State of California, including the United States Bankruptcy Court for the Central District of California. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. I make this declaration in support of the Request for Entry of Default ("Request for Default") filed with the Court on July 11, 2023, Docket No. 31.

3. On February 15, 2023, on behalf of the Plaintiff, my office filed a Complaint in this case against the above-referenced defendants ("Complaint").

4. On February 23, 2023, our office served the Complaint along with the Summons and Notice of Status Conference in Adversary Proceeding ("Summons"), Complaint, and Notice of Early Meeting of Counsel Pursuant to Local Bankruptcy Rule 7026-1 on Defendant Abraham Stuart Rubin ("Defendant") by mail service at the following addresses:

**Abraham Stuart Rubin**
715 N. Alpine Dr.
Beverly Hills, CA 90210

**Abraham Stuart Rubin**
c/o Sean A. O'Keefe
O'Keefe & Associates Law Corporation, PC
26 Executive Park, Suite 250
Irvine, CA 92614-2701

**Abraham Stuart Rubin**
c/o Evan L. Smith, Esq.
Messina & Hankin LLP
24910 Las Brisas Road, Suite 102
Murrieta, CA 92562

A conformed copy of the completed Summons showing service of the Complaint and Notice of Early Meeting of Counsel Pursuant to Local Bankruptcy Rule 7026-1 and Summons is attached to the Request for Default.

5. Per the Summons issued by the Court, a response to the Complaint was due on or before March 20, 2023.

6. As of the drafting of this Declaration, I have not received any responsive pleading to the Complaint from the Defendant. I have also reviewed the docket on Pacer for this action and did not see any responsive pleading filed by the Defendant.

7. As such, I request that default be entered against the Defendant in this adversary case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of July 2023, at Irvine, California.

/s/ *Ryan D. O'Dea*
Ryan D. O'Dea

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF RYAN D. O'DEA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT ABRAHAM STUART RUBIN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***July 11, 2023***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Timothy R Laquer** trl@ddclaw.com, trl@ddclaw.com
- **Richard A Marshack (TR)** pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Ryan D O'Dea** rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sean A OKeefe** sokeefe@okeefelc.com, seanaokeefe@msn.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ***July 11, 2023***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendant
**Abraham Stuart Rubin**
715 N. Alpine Dr.
Beverly Hills, CA 90210

Defendant
**Abraham Stuart Rubin**
c/o Sean A. O'Keefe
O'Keefe & Associates Law Corporation, PC
26 Executive Park, Suite 250
Irvine, CA 92614-2701

Defendant
**Abraham Stuart Rubin**
c/o Evan L. Smith, Esq.
Messina & Hankin LLP
24910 Las Brisas Road, Suite 102
Murrieta, CA 92562

Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| July 11, 2023 | Lori Gauthier | */s/ Lori Gauthier* |
| *Date* | *Printed Name* | *Signature* |