**United States Bankruptcy Court**
**Central District of California**

**255 East Temple Street, Los Angeles, CA 90012**

| | |
|---|---|
| In re:<br>Glenroy Coachella, LLC<br>Debtor(s). | BANKRUPTCY CASE NO.: 2:21−bk−11188−BB<br>CHAPTER NO.: 7 |
| Richard A. Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC<br>Plaintiff(s)<br>Versus<br>ASR Development Co., a California corporation<br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | ADVERSARY NO.: 2:23−ap−01080−BB |

# NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055−1(a)

On 7/11/2023, a request was filed for the clerk to enter default against defendant(s) **ASR Development Co., a California corporation**.

Having reviewed the request, the clerk hereby enters default as requested.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: July 11, 2023

**By: Maria Evangelista**
**Deputy Clerk**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
| --- | --- |
| Richard A. Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC | ASR Development Co., a California corporation<br>Desert Medical Properties, Inc., a California corporation<br>Abraham Stuart Rubin<br>Joseph Rubin<br>Elliot B Lander<br>Gary Stiffelman, as trustee for the Stiffelman Family Trust |



ATTACHMENT A