United States Bankruptcy Court
Central District of California

Richard A. Marshack, solely in his capac,
Plaintiff

Adv. Proc. No. 23-01080-BB

ASR Development Co., a California corpor,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2 | User: admin | Page 1 of 2
Date Rcvd: Jul 11, 2023 | Form ID: van192 | Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | ASR Development Co., a California corporation |
| dft | | Abraham Stuart Rubin |
| dft | | Desert Medical Properties, Inc., a California corp |
| dft | | Elliot B Lander |
| dft | | Gary Stiffelman, as trustee for the Stiffelman Fam |
| dft | | Joseph Rubin |
| pla | | Richard A. Marshack, solely in his capacity as Cha |

TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Richard A Marshack (TR) | pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| Ryan D O'Dea | on behalf of Trustee Richard A Marshack (TR) rodea@shulmanbastian.com lgauthier@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Plaintiff Richard A. Marshack solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC rodea@shulmanbastian.com, lgauthier@shulmanbastian.com |
| Sean A OKeefe | on behalf of Defendant Elliot B Lander sokeefe@okeefelc.com seanaokeefe@msn.com |
| Sean A OKeefe | |

| | |
|---|---|
| | on behalf of Defendant Desert Medical Properties Inc., a California corporation sokeefe@okeefelc.com, seanaokeefe@msn.com |
| Timothy R Laquer | on behalf of Defendant Gary Stiffelman as trustee for the Stiffelman Family Trust trl@ddclaw.com, trl@ddclaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 7

**United States Bankruptcy Court**
**Central District of California**

**255 East Temple Street, Los Angeles, CA 90012**

| | |
|---|---|
| In re:<br>Glenroy Coachella, LLC<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 2:21–bk–11188–BB<br><br>CHAPTER NO.: 7 |
| Richard A. Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC<br><br>Plaintiff(s)<br><br>Versus<br><br>ASR Development Co., a California corporation<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | ADVERSARY NO.: 2:23–ap–01080–BB |

# NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On 7–11–2023, a request was filed for the clerk to enter default against defendant(s) **Joseph Rubin**.

Having reviewed the request, the clerk hereby enters default as requested.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: July 11, 2023

**By:** Maria Evangelista
**Deputy Clerk**

# ATTACHMENT A
Names of plaintiffs and defendants

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| Richard A. Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC | ASR Development Co., a California corporation<br>Desert Medical Properties, Inc., a California corporation<br>Abraham Stuart Rubin<br>Joseph Rubin<br>Elliot B Lander<br>Gary Stiffelman, as trustee for the Stiffelman Family Trust |



**ATTACHMENT A**