Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

FILED & ENTERED
JUL 14 2023
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re

**GLENROY COACHELLA, LLC,**

Debtor.

---

**RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,

Plaintiff,

v.

**ASR DEVELOPMENT CO**, a California corporation; **DESERT MEDICAL PROPERTIES, INC.**, a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST.**

Defendants.

Case No.: 2:21:bk-11188-BB

Chapter 7

Adv. Case No. 2:23-ap-01080-BB

**SCHEDULING ORDER**

**Status Conference**:
Date: July 11, 2023
Time: 2:00 p.m.
Place: Courtroom 1539
United States Bankruptcy Court
255 E. Temple Street
Los Angeles, California

**Continued Status Conference**:
Date: November 14, 2023
Time: 2:00 p.m.
Place: Courtroom 1539
United States Bankruptcy Court
255 E. Temple Street
Los Angeles, California

The Court hereby issues the following scheduling order:

1. The parties shall complete mediation by on or before November 14, 2023.

2. An order appointing mediator shall be lodged with the court on or before August 4, 2023.

3. The status conference is hereby continued to November 14, 2023 at 2:00 p.m.

4. An updated status report is due on or before October 31, 2023.

# # #

Date: July 14, 2023

Sheri Bluebond
United States Bankruptcy Judge