Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    lshulman@shulmanbastian.com
            rodea@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

**FILED & ENTERED**

**AUG 15 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY evangeli  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**GLENROY COACHELLA, LLC,**<br><br>    Debtor.<br><br>---<br><br>**RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>**ASR DEVELOPMENT CO**, a California corporation; **DESERT MEDICAL PROPERTIES, INC.**, a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST**.<br><br>    Defendants. | Case No.: 2:21:bk-11188-BB<br><br>Chapter 7<br><br>Adv. Case No. 2:23-ap-01080-BB<br><br>**ORDER REGARDING AGREEMENT RE: APPOINTMENT OF MEDIATOR**<br><br>**Status Conference**:<br>Date:  November 14, 2023<br>Time:  2:00 p.m.<br>Place:  Courtroom 1539<br>         United States Bankruptcy Court<br>         255 E. Temple Street<br>         Los Angeles, California |

Plaintiff, Richard A. Marshack, solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC and Defendants Desert Medical Properties, LLC, Elliot B. Lander, Gary Stiffelman, have agreed to appoint Meredith A. Jury as mediator ("Mediator"), and Meredith A. Jury has accepted her appointment as Mediator, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Meredith A. Jury shall be appointed to serve as Mediator, with mediation to occur between mid-October 2023 and the second week of November 2023.

# # # #

Date: August 15, 2023

Sheri Bluebond
United States Bankruptcy Judge

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2