GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071-9500
Telephone: (213) 423-0931

Attorneys for Defendant
JOSEPH RUBIN

[Caption continued on next page]

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>GLENROY COACHELLA, LLC,<br><br>Debtor. | Case No. 2:21-bk-11188-BB<br><br>Chapter 7 |
| RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ASR DEVELOPMENT CO., a California corporation;<br>DESERT MEDICAL PROPERTIES, INC., a California corporation;<br>ABRAHAM STUART RUBIN, an individual;<br>JOSEPH RUBIN, an individual;<br>DR. ELLIOT B. LANDER, an individual; and<br>GARY STIFFELMAN as trustee for the STIFFELMAN FAMILY TRUST,<br><br>Defendants. | Adv. Proc. No. 2:23-ap-01080-BB<br><br>**Stipulation to Vacate Default Entered Against Defendant Joseph Rubin**<br><br>[No Hearing Required]<br><br>Case Filed: February 15, 2023<br>Default Entered: July 11, 2023 |

Continuation of Caption:

DENIS SHMIDT (Bar No. 267987)
Dshmidt@orsusgate.com
NABIL BISHARAT (Bar No. 270305)
Nbisharat@orsusgate.com
JONATHAN S.M. FRANCIS (Bar No. 307722)
Jfrancis@orsusgate.com
ORSUS GATE LLP
16 N. Marengo Ave., Suite 505
Pasadena, California 91101
Telephone: (415) 326-3558

Attorneys for Defendant
JOSEPH RUBIN

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE:**

Plaintiff Richard A. Marshack, solely in his capacity as the duly appointed and acting chapter 7 trustee for the bankruptcy estate of Glenroy Coachella, LLC (the "**Plaintiff**") and Defendant Joseph Rubin, an individual (the "**Defendant**"), by and through their respective counsel of record, hereby stipulate and agree to vacate the default entered against the Defendant on July 11, 2023 (Adv. Dkt. No. 37), based on the following:

**RECITALS**

A. On February 15, 2023, Plaintiff commenced the above-captioned adversary proceeding against Defendants ASR Development Co., Desert Medical Properties, Inc., Abraham Stuart Rubin, Joseph Rubin, Dr. Elliot B. Lander, and Gary Stiffelman, asserting claims for (1) Avoidance of Intentional Fraudulent Transfers and Recovery of Same; (2) Avoidance of Constructive Fraudulent Transfers and Recovery of Same; (3) Preservation of Avoided Transfers; (4) Disallowance of Claims, and (5) Unjust Enrichment. (Adv. Dkt. No. 1).

B. On February 23, 2023, Plaintiff served the Complaint along with the Summons and other case commencement documents by regular U.S. Mail to: Defendant Joseph Rubin, 715 N. Alpine Dr. Beverly Hills, CA 90210 (the "**Beverly Hills Address**").

C. Defendant asserts that he did not reside at the Beverly Hills Address. The Beverly Hills Address was also not Defendant's address of record at the time the Plaintiff served the Complaint and Summons. Therefore, Defendant contends that he was not aware of the above-captioned proceeding and never received copies of the Complaint Summons, and other case commencement documents. Plaintiff asserts service was proper, whether at the Beverly Hills Address, or alternatively through service at a place Defendant conducts business or permissible forms of service.

D. Per the Summons issued by the Clerk of the Court, a response to Plaintiff's Complaint was initially due on or before March 20, 2023. (Adv. Dkt. No. 2).

E. On July 11, 2023, the Clerk of the Court entered a default against Defendant pursuant to Local Bankruptcy Rule 7055-1(a). (Adv. Dkt. No. 37).

F. On July 12, 2023, Defendant asserts he became aware of the adversary proceeding for the first time when his state court counsel was notified by another litigant that a default was going to be entered against Defendant in this adversary proceeding.

G. On the same day, state court counsel for the Defendant emailed counsel for the Plaintiff to make an introduction, to request a stipulation for relief from the default, and to notify Plaintiff of Defendant's intent to appear and respond to the Complaint.

H. By this Stipulation, counsel for Plaintiff and Defendant have agreed that the default against the Defendant shall be vacated and set aside (Adv. Dkt. No. 37), that Defendant shall have until September 11, 2023, to respond to the Complaint, and that Defendant shall reimburse Plaintiff for the fees incurred in obtaining the default against the Defendant in the amount of $250.00.

**NOW, THEREFORE**, after good-faith discussions and in consideration of the foregoing, the following is hereby stipulated and agreed to by and among Plaintiff and Defendant:

**STIPULATION AND AGREEMENT**

1. The foregoing Recitals are incorporated herein and made a part of this Stipulation.

2. Upon approval by the Bankruptcy Court of this Stipulation:

a. The default entered against Defendant Rubin on July 11, 2023 (Adv. Dkt. No. 37) shall be set aside and vacated.

b. Defendant shall have until September 11, 2023, to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated: ~~July~~ 25, 2023
August

SHULMAN BASTIAN FRIEDMAN & BUI LLP

By: ______________________________
Leonard M. Shulman
Ryan D. O'Dea

Special Litigation Counsel for Plaintiff
RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE

Dated: August 25 , 2023

SALVATO BOUFADEL LLP
-and-
ORSUS GATE LLP

/s/ Joseph Boufadel
By: ______________________________
Joseph Boufadel
Denis Shmidt

Attorneys for Defendant
JOSEPH RUBIN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071**

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation to Vacate Default Entered Against Defendant Joseph Rubin** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ***08/25/2023***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Joseph Boufadel** *Attorneys for Defendant Joseph Rubin* jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Timothy R Laquer** *Attorneys for Defendant Gary Stiffelman* trl@ddclaw.com, trl@ddclaw.com
- **Richard A Marshack (TR)** pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Ryan D O'Dea** *Attorneys for Plaintiff* rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sean A OKeefe** *Attorneys for Defendants Desert Medical Properties, Inc. and Elliot Lander* sokeefe@okeefelc.com, seanaokeefe@msn.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/25/2023 | Joseph Boufadel | */s/ Joseph Boufadel* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |