Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071-9500
Telephone: (213) 423-0931

☐ *Individual appearing without attorney*
☒ *Attorney for* Defendant Joseph Rubin

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *LOS ANGELES* DIVISION**

In re:

GLENROY COACHELLA, LLC,

Debtor(s).

RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,

Plaintiff(s),

vs.

ASR DEVELOPMENT CO., a California corporation;
DESERT MEDICAL PROPERTIES, INC., a California corporation;
ABRAHAM STUART RUBIN, an individual;
JOSEPH RUBIN, an individual;
DR. ELLIOT B. LANDER, an individual; and
GARY STIFFELMAN as trustee for the STIFFELMAN FAMILY TRUST,

Defendant.

CASE NO.: 2:21-bk-11188-BB
CHAPTER: 7
ADVERSARY NO.: 2:23-ap-01080-BB

**NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): Stipulation to Vacate Default Entered Against Defendant Joseph Rubin

PLEASE TAKE NOTE that the order or judgment titled "Order Approving Stipulation to Vacate Default Entered Against Defendant Joseph Rubin" was lodged on (*date*) 08/25/2023 and is attached. This order relates to the motion which is docket number 48.

[1] Please abbreviate if title cannot fit into text field.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***08/25/2023***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Joseph Boufadel** *Attorneys for Defendant Joseph Rubin* jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Timothy R Laquer** *Attorneys for Defendant Gary Stiffelman* trl@ddclaw.com, trl@ddclaw.com
- **Richard A Marshack (TR)** pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Ryan D O'Dea** *Attorneys for Plaintiff* rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sean A OKeefe** *Attorneys for Defendants Desert Medical Properties, Inc. and Elliot Lander* sokeefe@okeefelc.com, seanaokeefe@msn.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 08/25/2023 | Joseph Boufadel | /s/ Joseph Boufadel |
| *Date* | *Printed Name* | *Signature* |

GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071-9500
Telephone: (213) 423-0931

Attorneys for Defendant
JOSEPH RUBIN

[Caption continued on next page]

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>GLENROY COACHELLA, LLC,<br><br>Debtor. | Case No. 2:21-bk-11188-BB<br><br>Chapter 7 |
| RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ASR DEVELOPMENT CO., a California corporation;<br>DESERT MEDICAL PROPERTIES, INC., a California corporation;<br>ABRAHAM STUART RUBIN, an individual;<br>JOSEPH RUBIN, an individual;<br>DR. ELLIOT B. LANDER, an individual; and<br>GARY STIFFELMAN as trustee for the STIFFELMAN FAMILY TRUST,<br><br>Defendants. | Adv. Proc. No. 2:23-ap-01080-BB<br><br>**Order Approving Stipulation to Vacate Default Entered Against Defendant Joseph Rubin**<br><br>[No Hearing Required]<br><br>Case Filed: February 15, 2023<br>Default Entered: July 11, 2023 |

The Court having considered the *Stipulation to Vacate Default Entered Against Defendant Joseph Rubin* filed on August 25, 2023, at Adv. Docket No. 48 (the "**Stipulation**"), and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved in its entirety.

2. The default entered against Defendant Joseph Rubin on July 11, 2023 (Adv. Dkt. No. 37) is set aside and vacated.

3. Defendant Joseph Rubin shall have until September 11, 2023, to respond to Plaintiff's Complaint.

###