GREGORY M. SALVATO (SBN 126285)
   Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
   Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071-9500
Telephone: (213) 423-0931

Attorneys for Defendant
JOSEPH RUBIN

[Caption continued on next page]

FILED & ENTERED

AUG 28 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>GLENROY COACHELLA, LLC,<br>    Debtor. | Case No. 2:21-bk-11188-BB<br><br>Chapter 7 |
| RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br>    Plaintiff,<br>v.<br>ASR DEVELOPMENT CO., a California corporation;<br>DESERT MEDICAL PROPERTIES, INC., a California corporation;<br>ABRAHAM STUART RUBIN, an individual;<br>JOSEPH RUBIN, an individual;<br>DR. ELLIOT B. LANDER, an individual; and<br>GARY STIFFELMAN as trustee for the STIFFELMAN FAMILY TRUST,<br>    Defendants. | Adv. Proc. No. 2:23-ap-01080-BB<br><br>**Order Approving Stipulation to Vacate Default Entered Against Defendant Joseph Rubin**<br><br>[No Hearing Required]<br><br>Case Filed:    February 15, 2023<br>Default Entered:    July 11, 2023 |

Order Approving Stipulation to Vacate Entry of Default Against Defendant Joseph Rubin     -1-     Richard A. Marshack v. ASR Develop., etc., et al.
Adv. Proc. No. 2:23-ap-01080-BB

Salvato Boufadel LLP

The Court having considered the *Stipulation to Vacate Default Entered Against Defendant Joseph Rubin* filed on August 25, 2023, at Adv. Docket No. 48 (the "**Stipulation**"), and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved in its entirety.

2. The default entered against Defendant Joseph Rubin on July 11, 2023 (Adv. Dkt. No. 37) is set aside and vacated, **conditioned on Joseph Rubin's paying counsel for the trustee the sum of $250 prior to September 11, 2023 as reimbursement for costs the trustee incurred in having Joseph Rubin's his default entered**.

3. Defendant Joseph Rubin shall have until September 11, 2023, to respond to Plaintiff's Complaint.

###

Date: August 28, 2023

Sheri Bluebond
United States Bankruptcy Judge