United States Bankruptcy Court
Central District of California

Richard A. Marshack, solely in his capac,
Plaintiff

Adv. Proc. No. 23-01080-BB

ASR Development Co., a California corpor,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2
Date Rcvd: Aug 28, 2023 Form ID: pdf031 Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | ASR Development Co., a California corporation |
| dft | | Abraham Stuart Rubin |
| dft | | Desert Medical Properties, Inc., a California corp |
| dft | | Elliot B Lander |
| dft | | Gary Stiffelman, as trustee for the Stiffelman Fam |
| intp | | Interested Party |
| dft | | Joseph Rubin |
| pla | | Richard A. Marshack, solely in his capacity as Cha |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph Boufadel | on behalf of Interested Party Interested Party jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Joseph Boufadel | on behalf of Defendant Joseph Rubin jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| Ryan D O'Dea | |

| | |
|---|---|
| | on behalf of Trustee Richard A Marshack (TR) rodea@shulmanbastian.com lgauthier@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Plaintiff Richard A. Marshack solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC rodea@shulmanbastian.com, lgauthier@shulmanbastian.com |
| Sean A OKeefe | on behalf of Defendant Elliot B Lander sokeefe@okeefelc.com seanaokeefe@msn.com |
| Sean A OKeefe | on behalf of Defendant Desert Medical Properties Inc., a California corporation sokeefe@okeefelc.com, seanaokeefe@msn.com |
| Timothy R Laquer | on behalf of Defendant Gary Stiffelman as trustee for the Stiffelman Family Trust trl@ddclaw.com, trl@ddclaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 9

GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071-9500
Telephone: (213) 423-0931

Attorneys for Defendant
JOSEPH RUBIN

FILED & ENTERED
AUG 28 2023
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

CHANGES MADE BY COURT

[Caption continued on next page]

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

GLENROY COACHELLA, LLC,

Debtor.

Case No. 2:21-bk-11188-BB

Chapter 7

RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,

Plaintiff,

v.

ASR DEVELOPMENT CO., a California corporation;
DESERT MEDICAL PROPERTIES, INC., a California corporation;
ABRAHAM STUART RUBIN, an individual;
JOSEPH RUBIN, an individual;
DR. ELLIOT B. LANDER, an individual; and
GARY STIFFELMAN as trustee for the STIFFELMAN FAMILY TRUST,

Defendants.

Adv. Proc. No. 2:23-ap-01080-BB

**Order Approving Stipulation to Vacate Default Entered Against Defendant Joseph Rubin**

[No Hearing Required]

Case Filed: February 15, 2023
Default Entered: July 11, 2023

The Court having considered the *Stipulation to Vacate Default Entered Against Defendant Joseph Rubin* filed on August 25, 2023, at Adv. Docket No. 48 (the "**Stipulation**"), and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved in its entirety.

2. The default entered against Defendant Joseph Rubin on July 11, 2023 (Adv. Dkt. No. 37) is set aside and vacated, **conditioned on Joseph Rubin's paying counsel for the trustee the sum of $250 prior to September 11, 2023 as reimbursement for costs the trustee incurred in having Joseph Rubin's his default entered**.

3. Defendant Joseph Rubin shall have until September 11, 2023, to respond to Plaintiff's Complaint.

###

Date: August 28, 2023

Sheri Bluebond
United States Bankruptcy Judge