Rudy R. Perrino (SBN: 190672)
Jennifer L. Andrews (SBN: 222807)
**KUTAK ROCK LLP**
777 South Figueroa Street, Suite 4550
Los Angeles, California 90017-5800
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
E-Mail: rudy.perrino@kutakrock.com
E-Mail: Jennifer.andrews@kutakrock.com

Attorneys for Defendants,
A. STUART RUBIN and ASR DEVELOPMENT CO.

Leonard M. Shulman (Bar No. 126349)
Ryan D. O'Dea (Bar No. 273478)
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618-4969
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-Mail: lshulman@shulmanbastian.com
E-Mail: rodea@shulmanbastian.com

Attorneys for Plaintiff,
RICHARD A. MARSHACK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>Debtor,<br><br>---<br><br>RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff,<br>vs.<br><br>ASR DEVELOPMENT CO., a California corporation; DESERT MEDICAL PROPERTIES, INC., a California corporation; ABRAHAM STUART RUBIN, an individual; JOSEPH RUBIN, an individual; DR. ELLIOT B. LANDER, and individual; and GARY STIFFELMAN as trustee for the STIFFELMAN FAMILY TRUST,<br><br>Defendants. | Case No. 2:21-bk-11188-BB<br><br>Chapter 7<br><br>*Assigned to Honorable Sheri Bluebond*<br><br>Adv. Case No. 2:23-ap-01080-BB<br><br>**JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULTS AGAINST DEFENDANTS ABRAHAM STUART RUBIN AND ASR DEVELOPMENT CO.** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC ("Plaintiff") and Defendants ABRAHAM STUART RUBIN, an individual, and ASR DEVELOPMENT CO., a California corporation (collectively, "Defendants"), by and through their respective attorneys of record, HEREBY STIPULATE AS FOLLOWS:

1. Plaintiff filed and served Requests for Entry of Default against each of Defendants on July 11, 2023. That same day, the Clerk provided notice of entry of same.
2. Subsequently, between July 12 and July 14, 2023, counsel for both Plaintiff and Defendants conferred by email whereby an agreement to file this Stipulation was reached.
3. Without conceding jurisdiction, Defendants will pay reasonable and documented fees and costs associated with obtaining and then setting aside the defaults entered against them. They reserve all rights to object to service and, therefore, jurisdiction of the Court.
4. Defendants will enter a formal appearance or objection to jurisdiction within 30 days of entry of an order on this Stipulation.
5. Subject to Defendants' foregoing objections on jurisdiction, the Parties agree to set a schedule for a process of informal resolution of the claims in adversity.
6. Subject to Plaintiff's cooperation in producing responsive documents, the forensic accountant retained by Defendants will be prepared to present a full response to the allegations set forth in the adversary claims.

///

///

///

///

///

///

7. In the interests of justice and judicial efficiency, the Parties jointly stipulate and request from the Court an Order setting aside the Entry of Default against ABRAHAM STUART RUBIN and ASR DEVELOPMENT CO.

IT IS SO STIPULATED.

Dated: September 7, 2023

**KUTAK ROCK LLP**

By: s/ *Jennifer L. Andrews*

Jennifer L. Andrews
Jennifer.andrews@kutakrock.com
Rudy R. Perrino
Rudy.perrino@kutakrock.com

Attorneys for Defendant
A. STUART RUBIN and ASR DEVELOPMENT CO.

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

By: 

Leonard M. Shulman
lshulman@shulmanbastian.com
Ryan D. O'Dea
rodea@shulmanbastian.com

Attorneys for Plaintiff
RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
777 S. Figueroa Street, Suite 4550, Los Angeles, CA 90017-5800

A true and correct copy of the foregoing document entitled (*specify*):

**JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULTS AGAINST DEFENDANTS ABRAHAM STUART RUBIN AND ASR DEVELOPMENT CO.**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 13, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 13, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 13, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 13, 2023 | Wendy Bonsall | */s/ Wendy Bonsall* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# Case 2:23-ap-01080-BB

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEC)**

- **Joseph Boufadel jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com**
- **Timothy R Laquer trl@ddclaw.com, trl@ddclaw.com**
- **Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com**
- **Ryan D O'Dea rodea@shulmanbastian.com, lgauthier@shulmanbastian.com**
- **Sean A OKeefe sokeefe@okeefelc.com, seanaokeefe@msn.com**
- **United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**

2. **SERVCED BY UNITED STATES MAIL**:

3. **SERVED BY PERSONAL DELIVERY OR OVERNIGHT MAIL**: