1  Rudy R. Perrino (SBN: 190672)
   Jennifer L. Andrews (SBN: 222807)
2  **KUTAK ROCK LLP**
   777 South Figueroa Street, Suite 4550
3  Los Angeles, California 90017-5800
   Telephone: (213) 312-4000
4  Facsimile: (213) 312-4001
   E-Mail: rudy.perrino@kutakrock.com
5  E-Mail: Jennifer.andrews@kutakrock.com

6  Attorneys for Defendants,
   A. STUART RUBIN and ASR DEVELOPMENT CO.

7  Leonard M. Shulman (Bar No. 126349)
   Ryan D. O'Dea (Bar No. 273478)
8  **SHULMAN BASTIAN FRIEDMAN & BUI LLP**
   100 Spectrum Center Drive, Suite 600
9  Irvine, California 92618-4969
   Telephone: (949) 340-3400
10 Facsimile: (949) 340-3000
   E-Mail: lshulman@shulmanbastian.com
11 E-Mail: rodea@shulmanbastian.com

12 Attorneys for Plaintiff,
   RICHARD A. MARSHACK

13

14                 **UNITED STATES BANKRUPTCY COURT**

15        **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

16 In re                                    Case No. 2:21-bk-11188-BB

17 GLENROY COACHELLA, LLC,                  Chapter 7

18            Debtor,                       *Assigned to Honorable Sheri Bluebond*

19 _____         Adv. Case No. 2:23-ap-01080-BB

20 RICHARD A. MARSHACK, solely in his       **ORDER ON STIPULATION TO SET**
   capacity as Chapter 7 Trustee for the bankruptcy  **ASIDE ENTRY OF DEFAULTS**
21 estate of Glenroy Coachella, LLC,        **AGAINST DEFENDANTS ABRAHAM**
                                            **STUART RUBIN AND ASR**
22            Plaintiff,                    **DEVELOPMENT CO.**
         vs.
23                                          Status Conference:
   ASR DEVELOPMENT CO., a California        Date:  November 14, 2023
24 corporation; DESERT MEDICAL              Time:  2:00 p.m.
   PROPERTIES, INC., a California corporation;  Courtroom 1539
25 ABRAHAM STUART RUBIN, an individual;
   JOSEPH RUBIN, an individual; DR. ELLIOT
26 B. LANDER, and individual; and GARY
   STIFFELMAN as trustee for the
27 STIFFELMAN FAMILY TRUST,

28            Defendants.

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

FILED & ENTERED

SEP 15 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

1    Based upon the Joint Stipulation of the Parties [Docket No. 53], and good cause

2    appearing,

3    **IT IS ORDERED** that Entry of Defaults against ABRAHAM STUART RUBIN and ASR

4    DEVELOPMENT CO. is hereby set aside.

5                                             ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Date: September 15, 2023

Sheri Bluebond
United States Bankruptcy Judge

25

26

27

28

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -