United States Bankruptcy Court

Central District of California

Richard A. Marshack, solely in his capac,
Plaintiff

Adv. Proc. No. 23-01080-BB

ASR Development Co., a California corpor,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2

Date Rcvd: Sep 15, 2023 Form ID: pdf031 Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | ASR Development Co., a California corporation |
| dft | | Abraham Stuart Rubin |
| dft | | Desert Medical Properties, Inc., a California corp |
| dft | | Elliot B Lander |
| dft | | Gary Stiffelman, as trustee for the Stiffelman Fam |
| intp | | Interested Party |
| dft | | Joseph Rubin |
| pla | | Richard A. Marshack, solely in his capacity as Cha |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer Andrews | on behalf of Defendant Abraham Stuart Rubin jennifer.andrews@kutakrock.com steven.dailey@kutakrock.com;wendy.bonsall@kutakrock.com;jeremy.williams@kutakrock.com;irvineintake@kutakrock.com |
| Jennifer Andrews | on behalf of Defendant ASR Development Co. a California corporation jennifer.andrews@kutakrock.com, steven.dailey@kutakrock.com;wendy.bonsall@kutakrock.com;jeremy.williams@kutakrock.com;irvineintake@kutakrock.com |
| Joseph Boufadel | on behalf of Interested Party Interested Party jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |

| | |
|---|---|
| Joseph Boufadel | on behalf of Defendant Joseph Rubin jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com |
| Ryan D O'Dea | on behalf of Trustee Richard A Marshack (TR) rodea@shulmanbastian.com lgauthier@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Plaintiff Richard A. Marshack solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC rodea@shulmanbastian.com, lgauthier@shulmanbastian.com |
| Sean A OKeefe | on behalf of Defendant Desert Medical Properties Inc., a California corporation sokeefe@okeefelc.com, seanaokeefe@msn.com |
| Sean A OKeefe | on behalf of Defendant Elliot B Lander sokeefe@okeefelc.com seanaokeefe@msn.com |
| Timothy R Laquer | on behalf of Defendant Gary Stiffelman as trustee for the Stiffelman Family Trust trl@ddclaw.com, trl@ddclaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 11

Rudy R. Perrino (SBN: 190672)
Jennifer L. Andrews (SBN: 222807)
**KUTAK ROCK LLP**
777 South Figueroa Street, Suite 4550
Los Angeles, California 90017-5800
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
E-Mail: rudy.perrino@kutakrock.com
E-Mail: Jennifer.andrews@kutakrock.com

Attorneys for Defendants,
A. STUART RUBIN and ASR DEVELOPMENT CO.

Leonard M. Shulman (Bar No. 126349)
Ryan D. O'Dea (Bar No. 273478)
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618-4969
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
E-Mail: lshulman@shulmanbastian.com
E-Mail: rodea@shulmanbastian.com

Attorneys for Plaintiff,
RICHARD A. MARSHACK

FILED & ENTERED

SEP 15 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>Debtor,<br><br>RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff,<br>vs.<br><br>ASR DEVELOPMENT CO., a California corporation; DESERT MEDICAL PROPERTIES, INC., a California corporation; ABRAHAM STUART RUBIN, an individual; JOSEPH RUBIN, an individual; DR. ELLIOT B. LANDER, and individual; and GARY STIFFELMAN as trustee for the STIFFELMAN FAMILY TRUST,<br><br>Defendants. | Case No. 2:21-bk-11188-BB<br><br>Chapter 7<br><br>*Assigned to Honorable Sheri Bluebond*<br><br>Adv. Case No. 2:23-ap-01080-BB<br><br>**ORDER ON STIPULATION TO SET ASIDE ENTRY OF DEFAULTS AGAINST DEFENDANTS ABRAHAM STUART RUBIN AND ASR DEVELOPMENT CO.**<br><br><u>Status Conference</u>:<br>Date: November 14, 2023<br>Time: 2:00 p.m.<br>Courtroom 1539 |

Based upon the Joint Stipulation of the Parties [Docket No. 53], and good cause appearing,

**IT IS ORDERED** that Entry of Defaults against ABRAHAM STUART RUBIN and ASR DEVELOPMENT CO. is hereby set aside.

###

Date: September 15, 2023

Sheri Bluebond
United States Bankruptcy Judge