# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) |
| Glenroy Coachella, LLC | ) |
| | ) |
| Plaintiff | ) 2:21-bk-11188-BB |
| | ) |
| vs. | ) Chapter 7 |
| | ) |
| | ) Adv. Proc. No. 2:23-ap-01080-BB |
| | ) |
| ASR Development Co., et al | ) OBJECTION TO SUBPOENA |
| | ) |
| Defendants | ) |

FILED
OCT 27 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

## OBJECTION TO SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION

LK Asset Advisors, LLC objects to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises issued by Defendant Joseph Rubin. The Defendant Joseph Rubin in Adversary Proceeding No. 2:23-ap-01080-BB and Bankruptcy Proceeding 2:21-bk-11188-BB erroneously served LK Asset Advisors, LLC's registered agent with the Subpoena to Produce Documents, Information, or Objects, or to Permit Inspection of Premises, to which LK Asset Advisors, LLC objects.

This Objection is based on the legal grounds of improper service and issuance of the Subpoena of the wrong party. The Subpoena was not served in compliance with the applicable legal and procedural requirements. A subpoena must be properly served in a manner that ensures the receipt of such a document by the intended recipient. LK Asset Advisors, LLC is not the State-Appointed Receiver and is not a relevant or appropriate party to this case. Considering the aforementioned reasons, LK Asset Advisors, LLC formally requests the withdrawal of the Subpoena to Produce Documents, Information, or Objects, or to Permit Inspection of Premises, which was served upon LK Asset Advisors, LLC's registered agent.

Date: October 26, 2023

                                                     **LK Asset Advisors, LLC Representative**
K. Brooke Simon
In-House Counsel
LK Asset Advisors, LLC
P.O. Box 60888
Nashville, TN 37206

## CERTIFICATE OF MAILING

The undersigned certifies that on October 26, 2023, a true and correct copy of the foregoing was mailed via first class mail, postage prepaid, to the attorneys of record of the following party:

Joseph Boufadel, Esq.
Salvato Boufadel LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071-9500
Tel: (213) 423-0931
Jboufadel@salvatoboufadel.com

-and-

Denis Shmidt, Esq.
Nabil Bisharat, Esq.
Jonathan S.M. Francis, Esq.
Orsus Gate LLP
16 N. Marengo Ave., Suite 505
Pasadena, California 91101
Telephone: (415) 326-3558
Dshmidt@orsusgate.com
Nbisbarat@orsusgate.com
Jfrancis@orsusgate.com
**Attorneys for Defendant Joseph Rubin**

**LK Asset Advisors, LLC Representative**
K. Brooke Simon
In-House Counsel
LK Asset Advisors, LLC
P.O. Box 60888
Nashville, TN 37206