FILED
JAN - 2 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>**Glenroy Coachella, LLC,**<br><br>Debtor(s)<br><br>**Richard A Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,**<br><br>Plaintiff(s)<br><br>vs.<br><br>**ASR Development Co, a California Corporation, Desert Medical Properties, Inc., a California corporation, Abraham Stuart Rubin, et al.**<br><br>Defendant(s) | **Case No.** **2:21-bk-11188-BB**<br>**Adv. No.** **2:23-ap-01080-BB**<br><br>Chapter 7<br><br>**NOTICE OF RESCHEDULED HEARING**<br><br>**<u>Hearing Date</u>**<br>**Date:** **January 16, 2024**<br>**Time:** **2:00 p.m.**<br><br>**<u>Rescheduled Hearing Date</u>**<br>**Date:** **January 23, 2024**<br>**Time:** **2:00 p.m.**<br>**Place:** **255 E. Temple Street**<br>**1539, 15th floor** |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE**, that on the Court own motion, a hearing in this case will be held before the Honorable Sheri Bluebond, Bankruptcy Judge, on **<u>January 23, 2024 at 2:00 PM</u>** to consider and act upon the following:

**<u>Status Conference re: Complaint</u>**

**<u>PLEASE TAKE FURTHER NOTICE,</u>** that parties are encouraged to attend hearings virtually. However, parties may appear in person in Courtroom 1539, ZoomGov Video or ZoomGov Audio. Parties are free to choose any of these options, unless otherwise ordered by the Court. Parties electing to appear in person shall

comply with all requirements regarding social distancing, use of face masks, etc. that are in effect at the time of the hearing.

1. Parties in interest and members of the public may connect to the video and audio feeds, free of charge, using the connection information provided below.

2. Individuals may participate by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone or Android phone). *** Individuals may opt to participate by audio only using a telephone (standard telephone charges may apply).**
3. Neither a Zoom nor a ZoomGov account is necessary to participate and no pre-registration is required. The audio portion of each hearing will be recorded electronically by the Court and constitutes its official record.

4. For more information on appearing before Judge Bluebond by ZoomGov, please see the information on the Court's website at: https://www.cacb.uscourts.gov/judges/honorable-sheri-bluebond under the tab, **"Phone/Video Appearances."**

**The following is the unique ZoomGov connection information for the above reference hearing:**

**Video/audio web address:** https://cacb.zoomgov.com/j/16161090855
**ZoomGov meeting number: 161 6109 0855**
**Password: 148508**

* **Telephone conference lines:** 1 (669) 254 5252 or 1 (646) 828 7666
(when prompted, enter meeting number and password shown above)

Dated: January 2, 2024

DEPUTY CLERK

# CERTIFICATE OF SERVICE

I, **Maria Evangelista,** the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

**Electronic Mail Notice List**

Jennifer Andrews on behalf of Defendant ASR Development Co., a California corporation
jennifer.andrews@kutakrock.com, steven.dailey@kutakrock.com;wendy.bonsall@kutakrock.com;jeremy.williams@kutakrock.com;irvineintake@kutakrock.com

Jennifer Andrews on behalf of Defendant Abraham Stuart Rubin
jennifer.andrews@kutakrock.com, steven.dailey@kutakrock.com;wendy.bonsall@kutakrock.com;jeremy.williams@kutakrock.com;irvineintake@kutakrock.com

Joseph Boufadel on behalf of Defendant Joseph Rubin
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel on behalf of Interested Party Interested Party
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Timothy R Laquer on behalf of Defendant Gary Stiffelman, as trustee for the Stiffelman Family Trust
trl@ddclaw.com, trl@ddclaw.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Ryan D O'Dea on behalf of Plaintiff Richard A. Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC
rodea@shulmanbastian.com, lgauthier@shulmanbastian.com

Ryan D O'Dea on behalf of Trustee Richard A Marshack (TR)
rodea@shulmanbastian.com, lgauthier@shulmanbastian.com

Sean A OKeefe on behalf of Defendant Desert Medical Properties, Inc., a California corporation

sokeefe@okeefelc.com, seanaokeefe@msn.com

Sean A OKeefe on behalf of Defendant Elliot B Lander
sokeefe@okeefelc.com, seanaokeefe@msn.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

On **1/2/2024**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

Date: 1/2/2024 Signature: [signature]

Deputy Clerk [*printed name*]: Maria Evangelista