| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman – Bar No. 126349<br>Ryan D. O'Dea – Bar No. 273478<br>SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: lshulman@shulmanbastian.com<br>rodea@shulmanbastian.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Richard A. Marshack, Ch. 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>GLENROY COACHELLA, LLC,<br><br>Debtor(s). | CASE NO.: 2:21-bk-11188-BB<br>ADVERSARY NO.: 2:23-ap-01080-BB<br>CHAPTER: 7 |
| RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff(s).<br>vs.<br>ASR DEVELOPMENT CO, a California corporation; DESERT MEDICAL PROPERTIES, INC., a California corporation; ABRAHAM STUART RUBIN, etc., et al.,<br><br>Defendant(s). | **JOINT STATUS REPORT [LBR 7016-1(a)(2)]**<br><br>DATE: 01/23/2024<br>TIME: 2:00 p.m.<br>COURTROOM: 1539<br>ADDRESS: United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. <u>PLEADINGS/SERVICE</u>:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☒ Yes ☐ No
3. Have all motions addressed to the Claims Documents been resolved? ☒ Yes ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☒ Yes ☐ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| August 2024 | See Additional Party Pages |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| Written discovery, depositions, third-party subpoenas, motion for default judgment and motion for summary judgment. | See Additional Party Pages |

3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| July 2024 | See Additional Party Pages |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| Requests for Admission, Interrogatories, Requests for Production, Depositions and Third-Party Subpoenas. | See Additional Party Pages |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| 2 days | See Additional Party Pages |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| 3-5 | See Additional Party Pages |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
| --- | --- |
| 25-50 | |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
| --- | --- |
| Pretrial conference ☒ is ☐ is not requested<br>Reasons: | Pretrial conference ☒ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
| --- | --- |
| Pretrial conference should be set after:<br>(*date*) 08/01/2024 | Pretrial conference should be set after:<br>(*date*) ____________ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   No settlement efforts to date.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
   If so, when?
   The parties have circulated their availability for mediation and the date should be selected by the date of the status conference.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
| --- | --- |
| ☒ Yes ☐ No | ☒ Yes ☐ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

Plaintiff

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

Defendant

☐ I do consent
☒ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 01/09/2024

Shulman Bastian Friedman & Bui LLP
Printed name of law firm

/s/ Ryan D. O'Dea
Signature

Ryan D. O'Dea
Printed name

Attorney for: Plaintiff, Richard A. Marshack

Date: ____________

[SEE ATTACHED]
Printed name of law firm

____________________
Signature

____________________
Printed name

Attorney for: ____________________

## JOINT STATUS REPORT – ADDITIONAL PARTY ATTACHMENT

Additional party name: Desert Medical Properties, LLC

☐ Plaintiff ☒ Defendant Other (*specify*):______

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   Assuming discovery is provided timely, Q4 2024.

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   An MSJ will be filed if the mediation, which is anticipated to occur in early Q2 2024, does not resolve the matter. Also, this will be a jury trial.

3. When do you expect to complete your discovery efforts?
   September 2024.

4. What additional discovery do you require to prepare for trial?
   Defendants will have a better idea of what discovery is required once the long-promised accounting records are provided.

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?
   Estimate of 3 days.
2. How many witnesses do you intend to call at trial (*including opposing parties*)?
   At this time, 7-10 witnesses.

3. How many exhibits do you anticipate using at trial?
   At this time 50 exhibits.

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pretrial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Pretrial conference ☒ is ☐ is not requested.
Reasons:______

Pretrial conference should be set after (*date*): 11/01/2024

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

The parties are attempting to schedule a mediation.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
If so, when?

3. Do you want this matter sent to mediation at this time? ☒ Yes ☐ No
It has already been ordered to mediation.

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.
I ☐ do ☒ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

OKeefe & Associates Law Corporation, P.C.
Printed name of law firm

Signature

Sean A. O'Keefe
Printed name

Attorney for: Desert Medical Properties, LLC

## JOINT STATUS REPORT – ADDITIONAL PARTY ATTACHMENT

Additional party name: Defendant Joseph Rubin

☐ Plaintiff ☒ Defendant Other (*specify*): __________

**B. <u>READINESS FOR TRIAL</u>:**

1. When will you be ready for trial in this case?
   Anticipated Q4 2024

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   The matter only recently became at issue. Defendant Joseph Rubin has propounded written discovery, with additional written requests anticipated. Defendant has also issued subpoenas on third parties, for which motions to compel may become necessary. This action will require expert witnesses. Potential MSJ will be evaluated. Defendant has also submitted a demand for a jury trial. The parties are also coordinating a global mediation, which is anticipated to be completed in Q1 2024.
3. When do you expect to complete <u>your</u> discovery efforts?
   August 2024

4. What additional discovery do you require to prepare for trial?
   (1) Further written discovery on Trustee; (2) Depositions of witnesses; (3) Additional third party subpoenas and related depositions, if necessary; (4) Expert witness discovery; and discovery-related motion practice.

**C. <u>TRIAL TIME</u>:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
   Est. 4 days

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
   At this time, 9 to 12 witnesses.

3. How many exhibits do you anticipate using at trial?
   At this time, 50-75 exhibits.

**D. <u>PRETRIAL CONFERENCE</u>:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pretrial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Pretrial conference ☒ is ☐ is not requested.
Reasons: __________

Pretrial conference should be set <u>after</u> (*date*): 11/01/2024

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

Parties are coordinating a global mediation for Q1 2024. On December 12, 2023, Defendant Joseph Rubin provided the Trustee and other defendants with his availability for a mediation at various dates in January, February, March and April 2024. Defendant Joseph Rubin is prepared to mediate this matter.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
If so, when?

Mediation is currently being coordinated among the parties for Q1 2024.

3. Do you want this matter sent to mediation at this time? ☒ Yes ☐ No

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

I ☐ do ☒ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Defendants have requested a jury trial in this action.

Dated: January 2, 2024

Salvato Boufadel LLP
Printed name of law firm

Joseph Boufadel
Signature

Joseph Boufadel, Esq.
Printed name

Attorney for: Defendant Joseph Rubin

## JOINT STATUS REPORT – ADDITIONAL PARTY ATTACHMENT

Additional party name: Gary Stiffelman, as Trustee for the Stiffelman Family Trust

☐ Plaintiff ☒ Defendant Other (*specify*): ____

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
September 2024

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
Written discovery, depositions, potentially third-party subpoenas, potentially a motion for summary judgment

3. When do you expect to complete your discovery efforts?
July 2024

4. What additional discovery do you require to prepare for trial?
Written discovery and depositions

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?
2 days

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
5-7

3. How many exhibits do you anticipate using at trial?
25-50

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pretrial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Pretrial conference ☒ is ☐ is not requested.
Reasons: ____

Pretrial conference should be set after (*date*): 07/01/2024

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   Counsel for Defendant Gary Stiffelman has spoken with counsel for Plaintiff Richard A. Marshack, and intends to pursue additional settlement efforts.

2. Has this dispute been formally mediated? ☒ Yes ☐ No
   If so, when?
   Counsel for Defendant Gary Stiffelman has provided availability for mediation, and was prepared to mediate this matter as early as December 2023.

3. Do you want this matter sent to mediation at this time? ☒ Yes ☐ No

**F. FINAL JUDGMENT/ORDER:**
Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

The Law Offices of Damian D. Capozzola
Printed name of law firm

[signature]
Signature

Damian D. Capozzola
Printed name

Attorney for: Defendant Gary Stiffelman as Trustee

## JOINT STATUS REPORT – ADDITIONAL PARTY ATTACHMENT

Additional party name: Gary Stiffelman, as Trustee for the Stiffelman Family Trust

☐ Plaintiff ☐ Defendant Other (*specify*): ____________________

**B. <u>READINESS FOR TRIAL</u>:**

1. When will you be ready for trial in this case?
   September 2024

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   Written discovery, depositions, potentially third-party subpoenas, potentially a motion for summary judgment

3. When do you expect to complete <u>your</u> discovery efforts?
   July 2024

4. What additional discovery do you require to prepare for trial?
   Written discovery and depositions

**C. <u>TRIAL TIME</u>:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
   2 days

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
   5-7

3. How many exhibits do you anticipate using at trial?
   25-50

**D. <u>PRETRIAL CONFERENCE</u>:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pretrial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Pretrial conference ☐ is ☐ is not requested.
Reasons: ____________________

Pretrial conference should be set <u>after</u> (*date*): 07/01/2024

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

The parties have discussed global mediation and have exchanged dates. While these defendants intend to attend mediation, they require complete accounting records in order to do so. The Trustee has indicated that complete accounting records are being provided shortly and, assuming that is the case, these defendants will be prepared to attend mediation on any of the following dates: April 15-19, 22-26 and 29-30. If complete accounting records are not provided, new dates will have to be discussed.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
If so, when?

3. Do you want this matter sent to mediation at this time? ☒ Yes ☐ No

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

I ☐ do ☒ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Defendants request a jury trial.

Kutak Rock LLP
Printed name of law firm

[signature]
Signature

Jennifer Andrews
Printed name

Attorney for: Defendants

## JOINT STATUS REPORT – ADDITIONAL PARTY ATTACHMENT

Additional party name: Elliot B. Lander

☐ Plaintiff ☒ Defendant Other (*specify*): ____________

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   Assuming discovery is provided timely, Q4 2024.

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   An MSJ will be filed if the mediation, which is anticipated to occur in early Q2 2024, does not resolve the matter. Also, this will be a jury trial.

3. When do you expect to complete your discovery efforts?
   September 2024.

4. What additional discovery do you require to prepare for trial?
   Defendants will have a better idea of what discovery is required once the long-promised accounting records are provided.

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?
   Estimate of 3 days.
2. How many witnesses do you intend to call at trial (*including opposing parties*)?
   At this time, 7-10 witnesses.

3. How many exhibits do you anticipate using at trial?
   At this time 50 exhibits.

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pretrial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Pretrial conference ☒ is ☐ is not requested.
Reasons: ____________

Pretrial conference should be set after (*date*): 11/01/2024

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

The parties are attempting to schedule a mediation.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
If so, when?

3. Do you want this matter sent to mediation at this time? ☒ Yes ☐ No
It has already been ordered to mediation.

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

I ☐ do ☒ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

OKeefe & Associates Law Corporation, P.C.
Printed name of law firm

Signature

Sean A. O'Keefe
Printed name

Attorney for: Elliot B. Lander

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 Spectrum Center Drive, Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/09/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/09/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge's Courtesy Copy
Honorable Sheri Bluebond
United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Bldg. and Courthouse
255 E. Temple Street, Suite 1534/Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/09/2024 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Jennifer Andrews** jennifer.andrews@kutakrock.com, steven.dailey@kutakrock.com;wendy.bonsall@kutakrock.com;jeremy.williams@kutakrock.com;irvineintake@kutakrock.com
- **Joseph Boufadel** jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Timothy R Laquer** trl@ddclaw.com, trl@ddclaw.com
- **Richard A Marshack (TR)** pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Ryan D O'Dea** rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sean A OKeefe** sokeefe@okeefelc.com, seanaokeefe@msn.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov