Rudy R. Perrino (SBN: 190672)
Jennifer L. Andrews (SBN: 222807)
**KUTAK ROCK LLP**
777 South Figueroa Street, Suite 4550
Los Angeles, California 90017-5800
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
E-Mail: rudy.perrino@kutakrock.com
E-Mail: jennifer.andrews@kutakrock.com

Attorneys for Defendants,
ABRAHAM STUART RUBIN and ASR DEVELOPMENT CO.

**FILED & ENTERED**

**FEB 07 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** evangeli **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>Debtor, | Case No. 2:21-bk-11188-BB<br><br>Chapter 7<br><br>*Assigned to Honorable Sheri Bluebond*<br><br>Adv. Case No. 2:23-ap-01080-BB |
| RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff,<br>vs.<br><br>ASR DEVELOPMENT CO., a California corporation; DESERT MEDICAL PROPERTIES, INC., a California corporation; ABRAHAM STUART RUBIN, an individual; JOSEPH RUBIN, an individual; DR. ELLIOT B. LANDER, and individual; and GARY STIFFELMAN as trustee for the STIFFELMAN FAMILY TRUST,<br><br>Defendants. | **ORDER ON MOTION OF KUTAK ROCK LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS ABRAHAM STUART RUBIN AND ASR DEVELOPMENT CO.**<br><br>**[LBR 9013-1(p)]**<br><br>[No hearing required] |

///

///

///

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

After considering the Motion of Kutak Rock LLP to Withdraw as Counsel for Defendants Abraham Stuart Rubin and ASR Development Co. [Docket No. 68], and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion of Kutak Rock LLP to Withdraw as Counsel for Defendants Abraham Stuart Rubin and ASR Development Co. is **GRANTED**.

###

Date: February 7, 2024

Sheri Bluebond
United States Bankruptcy Judge

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -