Rudy R. Perrino (SBN: 190672)
Jennifer L. Andrews (SBN: 222807)
**KUTAK ROCK LLP**
777 South Figueroa Street, Suite 4550
Los Angeles, California 90017-5800
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
E-Mail: rudy.perrino@kutakrock.com
E-Mail: jennifer.andrews@kutakrock.com

Attorneys for Defendants,
ABRAHAM STUART RUBIN and ASR
DEVELOPMENT CO.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>Debtor, | Case No. 2:21-bk-11188-BB<br><br>Chapter 7<br><br>*Assigned to Honorable Sheri Bluebond* |
| RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff,<br>vs.<br><br>ASR DEVELOPMENT CO., a California corporation; DESERT MEDICAL PROPERTIES, INC., a California corporation; ABRAHAM STUART RUBIN, an individual; JOSEPH RUBIN, an individual; DR. ELLIOT B. LANDER, and individual; and GARY STIFFELMAN as trustee for the STIFFELMAN FAMILY TRUST,<br><br>Defendants. | Adv. Case No. 2:23-ap-01080-BB<br><br>**PROOF OF SERVICE OF COURT'S ORDER GRANTING MOTION OF KUTAK ROCK LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS ABRAHAM STUART RUBIN and ASR DEVELOPMENT CO.** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
777 South Figueroa Street, Suite 4550, Los Angeles, CA 90017-5800.

A true and correct copy of the foregoing document entitled (*specify*):

**PROOF OF SERVICE OF COURT'S ORDER GRANTING MOTION OF KUTAK ROCK LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS ABRAHAM STUART RUBIN and ASR DEVELOPMENT CO.**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. **On** February 8, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **February 8, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 8, 2024 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| February 8, 2024 | Wendy Bonsall | */s/ Wendy Bonsall* |
| *Date* | *Printed Name* | *Signature* |

# Case No.: 2:23-ap-01080-BB

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEC) to the following:**

- Joseph Boufadel — jboufadel@salvatoboufadel.com
gsalvato@salvatoboufadel.com
gsalvato@ecf.inforuptcy.com
- Timothy R. Laquer — trl@ddclaw.com
- Richard A. Marshack (TR) — pkraus@marshackhays.com
rmarshack@iq7technology.com
ecf.alert+Marshack@titlexi.com
- Ryan D. O'Dea — rodea@shulmanbastian.com
lgauthier@shulmanbastian.com
- Sean A. Okeefe — sokeefe@okeefelc.com
seanaokeefe@msn.com
- United States Trustee (LA) — ustpregion16.la.ecf@usdoj.gov

**2. SERVICE BY UNITED STATES MAIL:**

Abraham Stuart Rubin
President and CEO
ASR Development Company
269 S. Beverly Dr., Suite 1455
Beverly Hills, CA 90212
Email: srubin@rprp.com