Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com

Special Counsel for Richard A. Marshack,
Plaintiff and Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re

**GLENROY COACHELLA, LLC,**

Debtor.

---

**RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,

Plaintiff,

v.

**ASR DEVELOPMENT CO**, a California corporation; **DESERT MEDICAL PROPERTIES, INC**., a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST**.

Defendants.

Case No.: 2:21:bk-11188-BB

Chapter 7

Adv. Case No. 2:23-ap-01080-BB

**STIPULATION TO CONTINUE STATUS CONFERENCE**

**Status Conference**:
Date: May 14, 2024
Time: 2:00 p.m.
Place: Courtroom 1539
United States Bankruptcy Court
255 E. Temple Street
Los Angeles, California

Plaintiff, Richard A. Marshack, solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC ("Plaintiff"), ASR Development Co ("ASR"), Desert Medical Properties, Inc. ("DMP"), Abraham Stuart Rubin ("Stuart Rubin"), Joseph Rubin, Dr. Elliot B. Lander ("Dr. Lander"), Gary Stiffelman (collectively, "Defendants") (collectively, the "Parties"), by and through their counsel, enter into this Stipulation to continue the status conference scheduled for May 14, 2024 (the "Status Conference") in above-captioned adversary action (the "Stipulation").

**RECITALS**

A. On February 15, 2023, Plaintiff filed adversary action 2:23-ap-01080-BB (the "Action") against Defendants, seeking avoidance and recovery of monetary transfers (the "Complaint").

B. On April 24, 2024, the Parties attended a day-long mediation (the "Mediation") before the Honorable Meredith Jury (Retired).

C. Counsel for Plaintiff and counsel for defendants ASR and Stuart Rubin participated in a telephonic meet and confer on April 29, 2024 regarding issues raised at the Mediation. During the telephonic meet and confer, counsel these parties discussed potential settlement of Plaintiff's claims against ASR and Stuart Rubin. Plaintiff, ASR and Stuart Rubin believe a brief additional amount of time to attempt to settle their claims may be worth while.

D. Plaintiff, DMP, Dr. Lander, and their counsel attended a two-hour follow up mediation on Tuesday, April 30, 2024. Based upon information provided by DMP and Dr. Lander at the Mediation and after the follow-up to mediation, Plaintiff is analyzing new facts and information that may resolve the claims for relief asserted against DMP and Dr. Lander.

E. Plaintiff and counsel for Gary Stiffelman participated in an hour-long meet and confer on April 30, 2024. In light of the issues and evidence presented at mediation and discussed during the follow-up meet and confer, Plaintiff has decided that dismissal of Gary Stiffelman from the Action is in the estate's best interest. Plaintiff and Gary Stiffelman will prepare and file an agreeable stipulation to dismiss him from the Action.

F. Plaintiff and counsel for Joseph Rubin participated in a telephonic meet and confer on May 1, 2024 to discuss issues and evidence that was presented at Mediation. Plaintiff has

requested additional evidence and back-up documentation from Joseph Rubin to substantiate certain representations and defenses raised by Joseph Rubin. Plaintiff has been advised that Joseph Rubin needs approximately thirty (30) days to gather and submit the documents and evidence requested. The results of Joseph Rubin's production of documents and evidence may result in resolution of Plaintiff's claims against Joseph Rubin.

G. Based upon the foregoing, the Parties request a continuance of the Status Conference so as to permit the Parties with additional time to resolve these issues and to conserve legal and judicial resources.

**STIPULATION**

**NOW, THEREFORE,** based on the above recitals, the Parties hereby request that the Status Conference be continued approximately forty-five (45) days, or to another date convenient for the Court.

**SO STIPULATED AND AGREED:**

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

DATED: May 6, 2024

By: *s/ Ryan D. O'Dea*
Ryan D. O'Dea
Attorneys for Plaintiff, Richard A. Marshack, Chapter 7 Trustee/Plaintiff

**OKEEFE & ASSOCIATES LAW CORPORATION, P.C.**

DATED: May ___, 2024

By: ______________________
Sean A. O'Keefe
Attorneys for Defendants, Desert Medical Properties LLC and Dr. Elliot Lander

**[SIGNATURES CONTINUE ON THE FOLLOWING PAGE]**

**PRACTUS LLP**

DATED: May 6, 2024

By: /s/ Bernard J. Kornberg
Bernard Kornberg
Attorneys for Defendants ASR Development Co. and Stuart Rubin

**THE LAW OFFICES OF DAMIAN D. CAPOZZOLA**

DATED: May ___, 2024

By: ______________________________
Timothy R. Laqer
Attorneys for Defendant Gary Stiffelman

**SALVATO BOUFADEL LLP**

DATED: May ___, 2024

By: ______________________________
Joseph Boufadel
Attorneys for Defendant Joseph Rubin

**PRACTUS LLP**

DATED: May ___, 2024

By: ______________________________
Bernard Kornberg
Attorneys for Defendants ASR Development Co. and Stuart Rubin

**THE LAW OFFICES OF DAMIAN D. CAPOZZOLA**

DATED: May 7, 2024

By: ______________________________
Timothy R. Laqer
Attorneys for Defendant Gary Stiffelman

**SALVATO BOUFADEL LLP**

DATED: May 6, 2024

By: ______________________________
Joseph Boufadel
Attorneys for Defendant Joseph Rubin

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 7, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Joseph Boufadel** jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Daren Brinkman** firm@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Timothy R Laquer** trl@ddclaw.com, trl@ddclaw.com
- **Richard A Marshack (TR)** pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Ryan D O'Dea** rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sean A OKeefe** sokeefe@okeefelc.com, seanaokeefe@msn.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On May 7, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/7/2024 | Lori Gauthier | */s/ Lori Gauthier* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |