Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com
Special Counsel for Richard A. Marshack,
Plaintiff and Chapter 7 Trustee

FILED & ENTERED

MAY 08 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re

**GLENROY COACHELLA, LLC,**

Debtor.

**RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,

Plaintiff,

v.

**ASR DEVELOPMENT CO**, a California corporation; **DESERT MEDICAL PROPERTIES, INC.**, a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST**

Defendants.

Case No.: 2:21:bk-11188-BB

Chapter 7

Adv. Case No. 2:23-ap-01080-BB

**ORDER CONTINUING STATUS CONFERENCE**

**Status Conference**:
Date: May 14, 2024
Time: 2:00 p.m.

**Continued Status Conference**
Date: July 2, 2024
Time: 2:00 p.m.
Place: Courtroom 1539
United States Bankruptcy Court
255 E. Temple Street
Los Angeles, California

The Court having reviewed the Stipulation to Continue Status Conference ("Stipulation") filed with this Court on May 7, 2024 [Dkt. No. 74], and finding good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is APPROVED.

2. The status conference currently scheduled for May 14, 2024 at 2:00 p.m. is hereby continued to **July 2, 2024 at 2:00 p.m.**

.

# # #

Date: May 8, 2024

Sheri Bluebond
United States Bankruptcy Judge