United States Bankruptcy Court

Central District of California

Richard A. Marshack, solely in his capac,
Plaintiff

Adv. Proc. No. 23-01080-BB

ASR Development Co., a California corpor,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2

Date Rcvd: May 08, 2024 Form ID: pdf031 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| crcm | + | Committee of Unsecured Creditors, Brinkman Law Group, PC, 543 Country Club Drive, Suite B, Wood Ranch, CA 93065 U.S.A. 93065-7696 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | ASR Development Co., a California corporation |
| dft | | Abraham Stuart Rubin |
| dft | | Desert Medical Properties, Inc., a California corp |
| dft | | Elliot B Lander |
| dft | | Gary Stiffelman, as trustee for the Stiffelman Fam |
| intp | | Interested Party |
| dft | | Joseph Rubin |
| intp | | LK Asset Advisors, LLC |
| pla | | Richard A. Marshack, solely in his capacity as Cha |

TOTAL: 9 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daren Brinkman | |

| | |
|---|---|
| | on behalf of Creditor Committee Committee of Unsecured Creditors firm@brinkmanlaw.com 7764052420@filings.docketbird.com |
| Joseph Boufadel | on behalf of Interested Party Interested Party jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Joseph Boufadel | on behalf of Defendant Joseph Rubin jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| Ryan D O'Dea | on behalf of Trustee Richard A Marshack (TR) rodea@shulmanbastian.com lgauthier@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Plaintiff Richard A. Marshack solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC rodea@shulmanbastian.com, lgauthier@shulmanbastian.com |
| Sean A OKeefe | on behalf of Defendant Desert Medical Properties Inc., a California corporation sokeefe@okeefelc.com, seanaokeefe@msn.com |
| Sean A OKeefe | on behalf of Defendant Elliot B Lander sokeefe@okeefelc.com seanaokeefe@msn.com |
| Timothy R Laquer | on behalf of Defendant Gary Stiffelman as trustee for the Stiffelman Family Trust trl@ddclaw.com, trl@ddclaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 10

Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com
Special Counsel for Richard A. Marshack,
Plaintiff and Chapter 7 Trustee

FILED & ENTERED
MAY 08 2024
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re

**GLENROY COACHELLA, LLC,**

Debtor.

---

**RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,

Plaintiff,

v.

**ASR DEVELOPMENT CO**, a California corporation; **DESERT MEDICAL PROPERTIES, INC.**, a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST**

Defendants.

Case No.: 2:21:bk-11188-BB

Chapter 7

Adv. Case No. 2:23-ap-01080-BB

**ORDER CONTINUING STATUS CONFERENCE**

**Status Conference**:
Date: May 14, 2024
Time: 2:00 p.m.

**Continued Status Conference**
Date: July 2, 2024
Time: 2:00 p.m.
Place: Courtroom 1539
United States Bankruptcy Court
255 E. Temple Street
Los Angeles, California

The Court having reviewed the Stipulation to Continue Status Conference ("Stipulation") filed with this Court on May 7, 2024 [Dkt. No. 74], and finding good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is APPROVED.

2. The status conference currently scheduled for May 14, 2024 at 2:00 p.m. is hereby continued to **July 2, 2024 at 2:00 p.m.**

.

###

Date: May 8, 2024

Sheri Bluebond
United States Bankruptcy Judge