Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
SHULMAN BASTIAN FRIEDMAN & BUI LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com

☐ *Individual appearing without attorney*
☒ *Attorney for:* Richard A. Marshack, Ch. 7 Trustee

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:
GLENROY COACHELLA, LLC,

Debtor(s).

CASE NO.: 2:21-bk-11188-BB
ADVERSARY NO.: 2:23-ap-01080-BB
CHAPTER: 7

RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,

Plaintiff(s).

vs.

ASR DEVELOPMENT CO, a California corporation; DESERT MEDICAL PROPERTIES, INC., a California corporation; ABRAHAM STUART RUBIN, etc., et al.,

Defendant(s).

# JOINT STATUS REPORT [LBR 7016-1(a)(2)]

DATE: 07/02/2024
TIME: 2:00 p.m.
COURTROOM: 1539
ADDRESS: United States Bankruptcy Court
255 E. Temple Street
Los Angeles, CA 90012

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. <u>PLEADINGS/SERVICE</u>:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☒ Yes ☐ No
3. Have all motions addressed to the Claims Documents been resolved? ☒ Yes ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☒ Yes ☐ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| Unknown (See below) | |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| Written discovery, depositions, third-party subpoenas, motion for default judgment and motion for summary judgment. | |

3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| Unknown (See below) | |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| Requests for Admission, Interrogatories, Requests for Production, Depositions and Third-Party Subpoenas. | |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| 2 days | |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| 5-7 | |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| 25-50 | |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested<br>Reasons: | Pretrial conference ☒ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after:<br>(*date*) ___________ | Pretrial conference should be set after:<br>(*date*) ___________ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   Settlement and negotiations for resolution of the action have been discussed

2. Has this dispute been formally mediated? ☒ Yes ☐ No
   If so, when?
   March 24, 2024.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☒ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff: On March 24, 2024, the Parties attended a day-long mediation ("Mediation") before the Honorable Meredith Jury (Retired). Following Mediation, Plaintiff, counsel for Plaintiff and counsel for Gary Stiffelman, individually and as trustee of the Stiffelman Family Trust ("Stiffelman") participated in a telephonic meet and confer on April 30, 2024 regarding issues raised at the Mediation. Further, Plaintiff, Desert Medical Properties, LLC ("DMP") and Dr. Elliot Lander ("Lander") and their counsel attended a two-hour follow up mediation on Tuesday, April 30, 2024. In light of information received in connection with the Mediation, Plaintiff, as chapter 7 trustee, believes that dismissal of Stiffelman, DMP and Lander is in the best interest of the estate. Therefore, Plaintiff, Stiffelman, DMP and Lander are in the process of finalizing a request to dismiss each as defendants in this adversary proceeding. Plaintiff believes a stipulation dismissing these defendants will be filed prior to the July 2, 2024 status conference.

Plaintiff's counsel has been in negotiations with defendant Joseph Rubin's counsel since April of 2024 regarding settlement or resolution of Plaintiff's claims against Joseph Rubin. Joseph Rubin's deliverables indicating his defenses to the claims asserted has taken longer than anticipated, but it is believes that Joseph Rubin will complete this task within the next forty-five (45) days - which is likely to result in resolution of the claims against Joseph Rubin. Plaintiff's counsel has participated in numerous meet and confer calls with counsel for Stuart Rubin since Mediation, and similar to Joseph Rubin, is preparing and organizing documents and information related with his defenses to the claims against him. It is anticipated that Stuart Rubin will complete this task in the next forty-five (45) days.

Respectfully submitted,

| | |
|---|---|
| Date: 06/18/2024 | Date: 06/18/2024 |
| Shulman Bastian Friedman & Bui LLP<br>Printed name of law firm | Practus LLV<br>Printed name of law firm |
| s/ Ryan D. O'Dea<br>Signature | V [signature]<br>Signature |
| Ryan D. O'Dea<br>Printed name | Victor Vilaplana<br>Printed name |
| Attorney for: Plaintiff, Richard A. Marshack | Attorney for: Abraham Stuart Rubin |

## JOINT STATUS REPORT – ADDITIONAL PARTY ATTACHMENT

Additional party name: Defendant Joseph Rubin

☐ Plaintiff ☒ Defendant Other (*specify*):

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   Unknown because of settlement negotiations that are anticipated to result in resolution within the next 60 days.

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   A mediation was held on April 24, 2024, and did not result in settlement at that time. However, the parties have engaged in fruitful settlement discussions and anticipate resolution as to Joseph Rubin in the near future upon providing deliverables as to Joseph Rubin's defenses. If resolution is not achieved, then additional written discovery is required, as are party depositions. This action will require expert witnesses, especially as to insolvency. Summary judgment motions are anticipated. Defendant has also submitted a demand for a jury trial.

3. When do you expect to complete your discovery efforts?
   Unknown

4. What additional discovery do you require to prepare for trial?
   (1) Financial/insolvency discovery on Trustee; (2) Depositions; (3) Additional third party subpoenas and related depositions, if necessary; (4) Expert witness discovery; and discovery-related motion practice.

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?
   Est. 3 to 4 days

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
   At this time, 7 to 10 witnesses.

3. How many exhibits do you anticipate using at trial?
   At this time, 50-75 exhibits.

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pretrial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Pretrial conference ☒ is ☐ is not requested.
Reasons:

Pretrial conference should be set after (*date*): 03/01/2025

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   Parties conducted a mediation with Judge Jury (Ret.) on April 24, 2024. The mediation was productive and has resulted in ongoing settlement discussions with the Trustee. It is anticipated that the parties will reach a resolution of this matter as to Defendant Joseph Rubin within the next 60 days.

2. Has this dispute been formally mediated? ☒ Yes ☐ No
   If so, when?

   April 24, 2024

3. Do you want this matter sent to mediation at this time? ☐ Yes ☒ No

**F. FINAL JUDGMENT/ORDER:**
Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

I ☐ do ☒ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)
Defendants have requested a jury trial in this action.

Plaintiff's counsel's representations in this same section of the joint status report are echoed by Defendant Joseph Rubin: the parties have been in negotiations to reach a settlement since the mediation in April 2024. Joseph Rubin is in the process of providing deliverables indicating his defenses to the trustee's claims. This process has taken longer than anticipated due to health-related concerns and the attendant delays that has caused. Upon providing the deliverables, it is anticipated that the claims against Joseph Rubin will be resolved. Defense counsel respectfully requests that the status conference be continued for at least 60 days to provide the parties additional time to resolve this matter without incurring additional litigation fees and expenses.

Dated: June 18, 2024

Salvato Boufadel LLP
Printed name of law firm

/s/ Joseph Boufadel
Signature

Joseph Boufadel, Esq.
Printed name

Attorney for: Defendant Joseph Rubin

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 Spectrum Center Drive, Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/18/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/18/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy
U.S. Bankruptcy Court
Attn: Honorable Sheri Bluebond
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/18/2024 | Erlanna Lohayza | /s/ Erlanna Lohayza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Joseph Boufadel** jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
- **Daren Brinkman** firm@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Timothy R Laquer** trl@ddclaw.com, trl@ddclaw.com
- **Richard A Marshack (TR)** pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **Ryan D O'Dea** rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sean A OKeefe** sokeefe@okeefelc.com, seanaokeefe@msn.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov