Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re

**GLENROY COACHELLA, LLC,**

Debtor.

**RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,

Plaintiff,

v.

**ASR DEVELOPMENT CO**, a California corporation; **DESERT MEDICAL PROPERTIES, INC**., a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST**.

Defendants.

Case No.: 2:21:bk-11188-BB

Chapter 7

Adv. Case No. 2:23-ap-01080-BB

**STIPULATION TO DISMISS CERTAIN DEFENDANTS FROM ADVERSARY PROCEEDING**

**Status Conference**:
Date: July 2, 2024
Time: 2:00 p.m.
Place: Courtroom 1539
United States Bankruptcy Court
255 E. Temple Street
Los Angeles, California

Plaintiff, Richard A. Marshack, solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC ("Plaintiff"), Desert Medical Properties, LLC, Dr. Elliot Lander and Gary Stiffelman (with Plaintiff, the "Parties"), by and through their counsel, enter into this Stipulation to Dismiss Certain Defendants from the above-captioned adversary action (the "Stipulation").

**RECITALS**

A. On February 15, 2023, Plaintiff filed adversary action 2:23-ap-01080-BB (the “Action”) against Defendants, seeking avoidance, recovery and turnover of monetary transfers (the “Complaint”).

B. On March 24, 2024, the Parties attended a day-long mediation (the “Mediation”) before the Honorable Meredith Jury (Retired). Following mediation, Plaintiff, counsel for Plaintiff and counsel for Gary Stiffelman, individually and as trustee of the Stiffelman Family Trust (“Stiffelman”) participated in a telephonic meet and confer on April 30, 2024 regarding issues raised at the Mediation. Further, Plaintiff, Desert Medical Properties, LLC (“DMP”) and Dr. Elliot Lander (“Lander”) and their counsel attended a two-hour follow up mediation on Tuesday, April 30, 2024.

C. In light of information received in connection with the Mediation, Plaintiff, as chapter 7 trustee, believes that dismissal of Stiffelman, DMP and Lander is in the best interest of the estate. Therefore, Plaintiff, Stiffelman, DMP and Lander hereby stipulate to dismiss Stiffelman, DMP and Lander as defendants in the Action.

///

///

///

///

**STIPULATION**

**NOW, THEREFORE,** based on the above recitals, the Parties hereby request the Court to dismiss the Stiffelman, DMP and Lander as defendants in the Action, with all Parties to bear their owns fees, costs and expenses.

**SO STIPULATED AND AGREED:**

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

DATED: June 17, 2024

By: */s/ Ryan D. O'Dea*
Ryan D. O'Dea
Attorneys for Plaintiff, Richard A. Marshack, Chapter 7 Trustee/Plaintiff

**OKEEFE & ASSOCIATES LAW CORPORATION, P.C.**

DATED: June 18, 2024

By: ______________________
Sean A. O'Keefe
Attorneys for Defendants, Desert Medical Properties LLC and Dr. Elliot Lander

**THE LAW OFFICES OF DAMIAN D. CAPOZZOLA**

DATED: June 18, 2024

By: ______________________
Damian Capozzola
Tim Laquer
Attorneys for Defendant Gary Stiffelman

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled **STIPULATION TO DISMISS CERTAIN DEFENDANTS FROM ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 24, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Joseph Boufadel jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- Daren Brinkman firm@brinkmanlaw.com, 7764052420@filings.docketbird.com
- Timothy R Laquer trl@ddclaw.com, trl@ddclaw.com
- Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- Ryan D O'Dea rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- Sean A OKeefe sokeefe@okeefelc.com, seanaokeefe@msn.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On June 24, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

6/24/2024 ____ Lori Gauthier */s/ Lori Gauthier*