Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

FILED & ENTERED

JUN 27 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re

**GLENROY COACHELLA, LLC,**

Debtor.

---

**RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,

Plaintiff,

v.

**ASR DEVELOPMENT CO**, a California corporation; **DESERT MEDICAL PROPERTIES, INC.**, a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST.**

Defendants.

Case No.: 2:21:bk-11188-BB

Chapter 7

Adv. Case No. 2:23-ap-01080-BB

**ORDER APPROVING STIPULATION TO DISMISS CERTAIN DEFENDANTS FROM ADVERSARY PROCEEDING**

**Status Conference**:
Date: July 2, 2024
Time: 2:00 p.m.
Place: Courtroom 1539
United States Bankruptcy Court
255 E. Temple Street
Los Angeles, California

The Court having reviewed the Stipulation to Dismiss Certain Defendants From Adversary Proceeding ("Stipulation") filed with this Court on June 24, 2024 [Dkt. No. 80], and finding good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is APPROVED.

2. Defendants, Gary Stiffelman, individually and as trustee of the Stiffelman Family Trust, Desert Medical Properties, LLC and Elliot Lander are hereby dismissed as defendants in this adversary proceeding, with all parties to bear their own fees, costs and expenses.

# # # #

Date: June 27, 2024

Sheri Bluebond
United States Bankruptcy Judge

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618