| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman – Bar No. 126349<br>Ryan D. O'Dea – Bar No. 273478<br>SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: lshulman@shulmanbastian.com<br>rodea@shulmanbastian.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Richard A. Marshack, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>GLENROY COACHELLA, LLC<br><br>Debtor(s). | CASE NO.: 2:21-bk-11188-BB<br>ADVERSARY NO.: 2:23-ap-01080-BB<br>CHAPTER: 7 |
| RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff(s).<br>vs.<br>ASR DEVELOPMENT CO, a California corporation, et al.<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 08/27/2024<br>TIME: 2:00 p.m.<br>COURTROOM: 1539<br>ADDRESS: United States Bankrutpcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☒ Yes ☐ No
3. Have all motions addressed to the Claims Documents been resolved? ☒ Yes ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☒ Yes ☐ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| 8 months. | |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| Discovery needed as noted below. | |

3. When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| 6 months. | |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| requests for admission, requests for production, interrogatories, depositions, and third-party subpoenas. | |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| 2 days. | |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| 5-10 | |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| 75-200 | |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested<br>Reasons: | Pretrial conference ☐ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after:<br>(*date*) 04/12/2025 | Pretrial conference should be set after:<br>(*date*) ____________ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

2. Has this dispute been formally mediated? ☒ Yes ☐ No
   If so, when?
   March 24, 2024.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☐ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff: Joseph Rubin recently delivered the memorandum and support documents underlying his absolute defenses to the action. Plaintiff believes his review and final determination on resolving the case against Joseph will occur prior to the status conference. As to Stuart and ASR: Neither have provided any information or documents, as requested and agreed, underlying their purported defenses or financial condition. Plaintiff reached out to counsel for Stuart Rubin and ASR (who signed the joint status report and attended the prior status conference approximately a month ago), for Stuart Rubin's and ASR's portion of this JSR. Plaintiff's counsel was advised that counsel "does not represent" Stuart Rubin or ASR, refused to complete this JSR and declined to provide Stuart Rubin's email address so Plaintiff's counsel could contact him directly for his portion of this JSR. As such, Plaintiff requests this court to set a scheduling order consistent with this JSR.

Respectfully submitted,

| | |
|---|---|
| Date: 08/12/2024 | Date: ____________ |
| Shulman Bastian Friedman & Bui LLP<br>Printed name of law firm | ____________<br>Printed name of law firm |
| /s/ Ryan D. O'Dea<br>Signature | ____________<br>Signature |
| Ryan D. O'Dea<br>Printed name | ____________<br>Printed name |
| Attorney for: Richard A. Marshack, Chapter 7 Trustee | Attorney for: ____________ |

# JOINT STATUS REPORT – ADDITIONAL PARTY ATTACHMENT

Additional party name: Defendant Joseph Rubin

☐ Plaintiff ☒ Defendant Other (*specify*):

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   Unknown because of settlement negotiations that are anticipated to result in resolution with Defendant Joseph Rubin within 30 days.

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   A mediation was held on April 24, 2024, and did not result in settlement at that time. However, the parties have engaged in fruitful settlement discussions and anticipate resolution as to Joseph Rubin, who has provided document/deliverables to the Trustee for his review. If resolution is not achieved, then additional written discovery is required, as are party depositions. This action will require expert witnesses, especially as to insolvency. Summary judgment motions are anticipated. Defendant has also submitted a demand for a jury trial.

3. When do you expect to complete your discovery efforts?
   Unknown. But if the matter is not settled, within 6 to 8 months from the status conference.

4. What additional discovery do you require to prepare for trial?
   (1) Financial/insolvency discovery on Trustee; (2) Depositions; (3) Additional third party subpoenas and related depositions, if necessary; (4) Expert witness discovery; and discovery-related motion practice.

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?
   Est. 3 to 4 days

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
   At this time, 7 to 10 witnesses.

3. How many exhibits do you anticipate using at trial?
   At this time, 100-150 exhibits.

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pretrial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Pretrial conference ☒ is ☐ is not requested.
Reasons:

Pretrial conference should be set after (*date*): 05/01/2025

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

Parties conducted a mediation with Judge Jury (Ret.) on April 24, 2024. The mediation was productive and has resulted in ongoing settlement discussions with the Trustee, who is currently reviewing documentation provided by Defendant Joseph Rubin. It is anticipated that the parties will reach a resolution of this matter as to Defendant Joseph Rubin.

2. Has this dispute been formally mediated? ☒ Yes ☐ No
If so, when?

April 24, 2024

3. Do you want this matter sent to mediation at this time? ☐ Yes ☒ No

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

I ☐ do ☒ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff's counsel's representations in this same section of the joint status report as to Defendant Joseph are echoed herein: the parties have been in negotiations to reach a settlement since the mediation in April 2024. Joseph Rubin has provided his settlement memorandum and supporting documents to the Trustee, who is currently reviewing the information in anticipation of resolution with Joseph Rubin. It is anticipated that such a resolution will be reached between the Trustee and Defendant Joseph Rubin prior to the upcoming status conference.

To the extent the matter is not resolved as to Joseph Rubin, Defendants have requested a jury trial in this action.

DATE: August 12, 2024

Salvato Boufadel LLP
Printed name of law firm

Joseph Boufadel
Signature

Joseph Boufadel, Esq.
Printed name

Attorney for: Defendant Joseph Rubin

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 Spectrum Center Drive, Suite 600, Irvine, California 92618

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/13/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

COUNSEL FOR DEFENDANT JOSEPH RUBIN: Joseph Boufadel jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
INTERESTED PARTY: Daren Brinkman firm@brinkmanlaw.com, 7764052420@filings.docketbird.com
CHAPTER 7 TRUSTEE/PLAINTIFF: Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
COUNSEL FOR CHAPTER 7 TRUSTEE/PLAINTIFF: Ryan D O'Dea rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
INTERESTED PARTY: David Samuel Shevitz David.S.Shevitz@usdoj.gov
INTERESTED PARTY: United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/13/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond
United States Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/13/2024 | Anne Marie Vernon | /s/ Anne Marie Vernon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |