FILED & ENTERED

AUG 28 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Glenroy Coachella, LLC,<br><br>Debtor(s), | Case No.: 2:21-bk-11188-BB<br><br>Chapter: 7<br><br>Adversary No.: 2:23-ap-01080-BB<br><br>ORDER TO SHOW CAUSE RE SANCTIONS ON VICTOR VILAPLANA, ESQ. |
| Richard A. Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC<br><br>Plaintiff(s),<br><br>Vs.<br><br>ASR Development Co., a California corporation<br><br>Defendant(s). | <u>Status Conference</u><br>Date: August 27, 2024<br>Time: 2:00 PM<br>Crtm: 1539<br><br><u>OSC Hearing & Continued Status Conference</u><br>Date: September 24, 2024<br>Time: 2:00 PM<br>Crtm: 1539 |

A status conference took place in the above-referenced matter on August 27, 2024 at 2:00 p.m. (“Status Conference”). Ryan D. O’Dea appeared on behalf of plaintiff and Joseph

Boufadel, Esq. appeared on behalf of defendant Joseph Rubin. No other appearances were made.

Victor Vilaplana, Esq., who signed the joint status report filed with the court on June 18, 2024 on behalf of defendant Abraham Stuart Rubin [Docket No.79], failed to appear at the Status Conference and participate in the preparation of a joint status report and, although he claimed that he no longer represented defendant Abraham Stuart Rubin or ASR Development Corp., refused to give plaintiff's counsel contact information for his allegedly former client(s). As stated on the record at the time of hearing,

**IT IS HEREBY ORDERED** that a hearing in this case will be held in Courtroom 1539 at 255 East Temple Street, Los Angeles, California 90012 on **September 24, 2024 at 2:00 p.m.** to show cause why monetary sanctions of not more than $500 should not be imposed on Victor Vilaplana, Esq., for failing to either (1) participate in the preparation of a joint status conference and appear at the Status Conference to represent his client or (2) substitute out or file a motion to withdraw and provide contact information for his client to opposing counsel ("Order to Show Cause").

**IT IS FURTHER ORDERED** that responses, if any, to the Order to Show Cause shall be in writing and filed with the Court not later than **September 10, 2024**. Any objections not filed may be deemed waived.

###

Date: August 28, 2024

Sheri Bluebond
United States Bankruptcy Judge