FILED & ENTERED

AUG 28 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Glenroy Coachella, LLC,<br><br>Debtor(s), | Case No.: 2:21-bk-11188-BB<br><br>Chapter: 7<br><br>Adversary No.: 2:23-ap-01080-BB |
| Richard A. Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC<br><br>Plaintiff(s),<br><br>Vs.<br><br>ASR Development Co., a California corporation<br><br>Defendant(s). | ORDER TO SHOW CAUSE RE STRIKING DEFENDANTS ABRAHAM STUART RUBIN AND ASR DEVELOPMENT CO.'S ANSWER AND ALLOWING PLAINTIFF TO PROCEED BY WAY OF DEFAULT<br><br><u>Status Conference</u><br>Date: August 27, 2024<br>Time: 2:00 PM<br>Crtm: 1539<br><br><u>OSC Hearing & Continued Status Conference</u><br>Date: September 24, 2024<br>Time: 2:00 PM<br>Crtm: 1539 |

A status conference took place in the above-referenced matter on August 27, 2024 at 2:00 p.m. ("Status Conference"). Ryan D. O'Dea appeared on behalf of plaintiff and Joseph

Boufadel, Esq. appeared on behalf of defendant Joseph Rubin. No other appearances were made.

Defendants Abraham Stuart Rubin and ASR Development Co. having failed to (1) appear at the Status Conference and (2) participate in the preparation of a joint status report, and as further stated on the record at the time of hearing,

**IT IS HEREBY ORDERED** that a hearing in this case will be held in Courtroom 1539 at 255 East Temple Street, Los Angeles, California 90012 on **September 24, 2024 at 2:00 p.m.** to show cause why the Court should not strike the answers filed by Defendants Abraham Stuart Rubin and ASR Development Co. on October 13, 2023 and permit plaintiff to proceed by way of default ("Order to Show Cause").

**IT IS FURTHER ORDERED** that responses, if any, to the Order to Show Cause shall be in writing and filed with the Court not later than **September 10, 2024**. Any objections not filed may be deemed waived.

###

Date: August 28, 2024

Sheri Bluebond
United States Bankruptcy Judge