United States Bankruptcy Court

Central District of California

Richard A. Marshack, solely in his capac,
Plaintiff

Adv. Proc. No. 23-01080-BB

ASR Development Co., a California corpor,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2

Date Rcvd: Aug 28, 2024 Form ID: pdf031 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| crcm | + | Committee of Unsecured Creditors, Brinkman Law Group, PC, 543 Country Club Drive, Suite B, Wood Ranch, CA 93065 U.S.A. 93065-7696 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | ASR Development Co., a California corporation |
| dft | | Abraham Stuart Rubin |
| intp | | Interested Party |
| dft | | Joseph Rubin |
| intp | | LK Asset Advisors, LLC |
| pla | | Richard A. Marshack, solely in his capacity as Cha |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daren Brinkman | on behalf of Creditor Committee Committee of Unsecured Creditors firm@brinkmanlaw.com 7764052420@filings.docketbird.com |

| | |
|---|---|
| David Samuel Shevitz | on behalf of U.S. Trustee United States Trustee (LA) David.S.Shevitz@usdoj.gov |
| Joseph Boufadel | on behalf of Interested Party Interested Party jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Joseph Boufadel | on behalf of Defendant Joseph Rubin jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| Ryan D O'Dea | on behalf of Plaintiff Richard A. Marshack solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC rodea@shulmanbastian.com, lgauthier@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Trustee Richard A Marshack (TR) rodea@shulmanbastian.com lgauthier@shulmanbastian.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 8

FILED & ENTERED

AUG 28 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Glenroy Coachella, LLC,<br><br>Debtor(s), | Case No.: 2:21-bk-11188-BB<br><br>Chapter: 7<br><br>Adversary No.: 2:23-ap-01080-BB |
| Richard A. Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC<br><br>Plaintiff(s),<br><br>Vs.<br><br>ASR Development Co., a California corporation<br><br>Defendant(s). | ORDER TO SHOW CAUSE RE SANCTIONS ON VICTOR VILAPLANA, ESQ.<br><br><u>Status Conference</u><br>Date: August 27, 2024<br>Time: 2:00 PM<br>Crtm: 1539<br><br><u>OSC Hearing & Continued Status Conference</u><br>Date: September 24, 2024<br>Time: 2:00 PM<br>Crtm: 1539 |

A status conference took place in the above-referenced matter on August 27, 2024 at 2:00 p.m. (“Status Conference”). Ryan D. O’Dea appeared on behalf of plaintiff and Joseph

Boufadel, Esq. appeared on behalf of defendant Joseph Rubin. No other appearances were made.

Victor Vilaplana, Esq., who signed the joint status report filed with the court on June 18, 2024 on behalf of defendant Abraham Stuart Rubin [Docket No.79], failed to appear at the Status Conference and participate in the preparation of a joint status report and, although he claimed that he no longer represented defendant Abraham Stuart Rubin or ASR Development Corp., refused to give plaintiff's counsel contact information for his allegedly former client(s). As stated on the record at the time of hearing,

**IT IS HEREBY ORDERED** that a hearing in this case will be held in Courtroom 1539 at 255 East Temple Street, Los Angeles, California 90012 on **September 24, 2024 at 2:00 p.m.** to show cause why monetary sanctions of not more than $500 should not be imposed on Victor Vilaplana, Esq., for failing to either (1) participate in the preparation of a joint status conference and appear at the Status Conference to represent his client or (2) substitute out or file a motion to withdraw and provide contact information for his client to opposing counsel ("Order to Show Cause").

**IT IS FURTHER ORDERED** that responses, if any, to the Order to Show Cause shall be in writing and filed with the Court not later than **September 10, 2024**. Any objections not filed may be deemed waived.

###

Date: August 28, 2024

Sheri Bluebond
United States Bankruptcy Judge