FILED & ENTERED

SEP 25 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Glenroy Coachella, LLC,<br><br>Debtor(s), | Case No.: 2:21-bk-11188-BB<br><br>Chapter: 7<br><br>Adversary No.: 2:23-ap-01080-BB<br><br>ORDER VACATING ORDER TO SHOW CAUSE RE SANCTIONS ON VICTOR VILAPLANA, ESQ. |
| Richard A. Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff(s),<br><br>vs.<br><br>ASR Development Co., a California corporation,<br><br>Defendant(s). | Date: September 24, 2024<br>Time: 2:00 PM<br>Crtm: 1539 |

A hearing in the above-referenced bankruptcy case was held on September 24, 2024 at 2:00 p.m. on the Court's order to show cause why sanctions should not be imposed on Victor

Vilaplana, Esq. ("Order to Show Cause"). The Court having reviewed Mr. Vilaplana's response to the Order to Show Cause and as stated on the record,

**IT IS HEREBY ORDERED** that the Order to Show Cause is VACATED.

###

Date: September 25, 2024

Sheri Bluebond
United States Bankruptcy Judge