Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>GLENROY COACHELLA, LLC,<br><br>Debtor. | Case No. 2:21-bk-11188-BB<br><br>Chapter 7<br><br>Adv. Proc. No. 2:23-ap-01080-BB |
| RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ASR DEVELOPMENT CO., a California corporation;<br>DESERT MEDICAL PROPERTIES, INC., a California corporation;<br>ABRAHAM STUART RUBIN, an individual;<br>JOSEPH RUBIN, an individual;<br>DR. ELLIOT B. LANDER, an individual; and<br>GARY STIFFELMAN as trustee for the STIFFELMAN FAMILY TRUST,<br><br>Defendants. | **STIPULATION TO DISMISS DEFENDANT JOSEPH RUBIN FROM THE ADVERSARY PROCEEDING**<br><br><u>Continued Status Conference</u><br>Date: September 24, 2024<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEFENDANT, AND ALL INTERESTED PARTIES:**

Plaintiff Richard A. Marshack, solely in his capacity as the duly appointed and acting chapter 7 trustee for the bankruptcy estate of Glenroy Coachella, LLC (the "**Plaintiff**") and Defendant Joseph Rubin, an individual (the "**Defendant**"), by and through their respective counsel of record, hereby enter into this Stipulation to Dismiss Defendant Joseph Rubin from the above-captioned adversary proceeding (the "**Stipulation**"). Plaintiff and Defendant are each sometimes referred to as a "Party" and collectively as the "Parties."

**RECITALS**

A. On February 15, 2023, Plaintiff commenced the above-captioned adversary proceeding, Adversary Proceeding No. 2:23-ap-01080-BB, against Defendants ASR Development Co., Desert Medical Properties, Inc., Abraham Stuart Rubin, Joseph Rubin, Dr. Elliot B. Lander, and Gary Stiffelman, asserting claims for (1) Avoidance of Intentional Fraudulent Transfers and Recovery of Same; (2) Avoidance of Constructive Fraudulent Transfers and Recovery of Same; (3) Preservation of Avoided Transfers; (4) Disallowance of Claims, and (5) Unjust Enrichment (the "**Action**").

B. On September 11, 2023, the Defendant filed his Answer to the Plaintiff's fraudulent transfer complaint. (Adv. Dkt. No. 52).

C. On April 24, 2024, the Parties—including the other named defendants— attended an all-day mediation before the Honorable Meredith Jury (retired). Following the mediation, counsel for the Parties participated in several meet and confer telephone calls and email communications regarding the matters raised at the Mediation and the potential resolution of the dispute as to the Defendant. Since that time, the Defendant has provided the Plaintiff with a settlement memorandum, analysis, and supporting documentation in connection with the mediation, defenses, and settlement of the matter.

D. In light of the information received in connection with the Mediation and settlement discussions, Plaintiff, as the chapter 7 trustee, believes that dismissal of Defendant Joseph Rubin is in the best interests of the estate.

**NOW, THEREFORE**, based on the above Recitals and after good-faith negotiations and in consideration of the foregoing, the following is hereby stipulated and agreed to by and among Plaintiff and Defendant:

**STIPULATION AND AGREEMENT**

1. The foregoing Recitals are incorporated herein and made a part of this Stipulation.

2. Upon approval by the Bankruptcy Court of this Stipulation, Defendant Joseph Rubin shall be dismissed with prejudice from this Action, with each Party to bear its own costs, fees, and expenses.

**IT IS SO STIPULATED AND AGREED.**

Dated: September 26, 2024 SHULMAN BASTIAN FRIEDMAN & BUI LLP

By: /s/ Ryan D. O'Dea
Leonard M. Shulman
Ryan D. O'Dea

Special Litigation Counsel for Plaintiff RICHARD MARSHACK, SOLELY IN HIS CAPACITY AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF GLENROY COACHELLA, LLC

[Signature Continued on Next Page]

Dated: September 16, 2024

SALVATO BOUFADEL LLP
-and-
ORSUS GATE LLP

By: /s/ Joseph Boufadel
Joseph Boufadel
Denis Shmidt

Attorneys for Defendant
JOSEPH RUBIN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO DISMISS DEFENDANT JOSEPH RUBIN FROM THE ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***September 26, 2024***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**COUNSEL FOR DEFENDANT JOSEPH RUBIN**: Joseph Boufadel jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
**INTERESTED PARTY:** Daren Brinkman firm@brinkmanlaw.com, 7764052420@filings.docketbird.com
**CHAPTER 7 TRUSTEE/PLAINTIFF:** Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
**COUNSEL FOR CHAPTER 7 TRUSTEE/PLAINTIFF:** Ryan D O'Dea rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;cthornton@shulmanbastian.com
**INTERESTED PARTY:** David Samuel Shevitz David.S.Shevitz@usdoj.gov
**INTERESTED PARTY:** United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
**INTERESTED PARTY:** Victor A Vilaplana victor.vilaplana@practus.com, smoreno@foley.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ***September 26, 2024***, , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
The Honorable Sheri Bluebond
United States Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 26, 2024 | Cassandra J. Thornton | */s/ Cassandra J. Thornton* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |