| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman – Bar No. 126349<br>Ryan D. O'Dea – Bar No. 273478<br>SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: lshulman@shulmanbastian.com<br>rodea@shulmanbastian.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Richard A. Marshack, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>GLENROY COACHELLA, LLC,<br><br>Debtor(s). | CASE NO.: 2:21:bk-11188-BB<br>CHAPTER: 7<br>ADVERSARY NO.: 2:23-ap-01080-BB |
| RICHARD A. MARSHACK, solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff(s),<br><br>vs.<br><br>ASR DEVELOPMENT CO, a California corporation; DESERT MEDICAL PROPERTIES, INC., etc., et al<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): STIPULATION TO DISMISS DEFENDANTJOSEPH RUBIN FROM THE ADVERSARY PROCEEDING |

PLEASE TAKE NOTE that the order or judgment titled Order Granting Stipulation to Dismiss Defendant Joseph Rubin from the Advesrary Proceeding was lodged on (*date*) 09/26/2024 and is attached. This order relates to the motion which is docket number 95.

[1] Please abbreviate if title cannot fit into text field.

Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re

**GLENROY COACHELLA, LLC,**

Debtor.

---

**RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,

Plaintiff,

v.

**ASR DEVELOPMENT CO**, a California corporation; **DESERT MEDICAL PROPERTIES, INC**., a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST**

Defendants.

Case No.: 2:21:bk-11188-BB

Chapter 7

Adv. Case No. 2:23-ap-01080-BB

**ORDER GRANTING STIPULATION TO DISMISS JOSEPH RUBIN FROM THE ADVERSARY PROCEEDING**

**Continued Status Conference**
Date: September 24, 2024
Time: 2:00 p.m.
Place: Courtroom 1539
United States Bankruptcy Court
255 E. Temple Street
Los Angeles, California

The Court having reviewed the Stipulation to Dismiss Certain Defendants From Adversary Proceeding ("Stipulation") filed with this Court on September 26, 2024 [Dkt. No. 95], and finding good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved.

2. Defendant Joseph Rubin is hereby dismissed as a defendant in this adversary proceeding, with all parties to bear their own fees, costs and expenses.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

100 Spectrum Center Drive, Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/26/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) 09/26/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy: The Honorable Sheri Bluebond, U.S. Bankruptcy Court, Roybal Federal Building
255 E. Temple Street, Suite 1534, Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/26/2024 | Cassandra J. Thornton | /s/ Cassandra J. Thornton |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## NEF SERVICE LIST

**COUNSEL FOR DEFENDANT JOSEPH RUBIN**: Joseph Boufadel jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
**INTERESTED PARTY:** Daren Brinkman firm@brinkmanlaw.com, 7764052420@filings.docketbird.com
**CHAPTER 7 TRUSTEE/PLAINTIFF:** Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
**COUNSEL FOR CHAPTER 7 TRUSTEE/PLAINTIFF:** Ryan D O'Dea rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;cthornton@shulmanbastian.com
**INTERESTED PARTY:** David Samuel Shevitz David.S.Shevitz@usdoj.gov
**INTERESTED PARTY:** United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
**INTERESTED PARTY:** Victor A Vilaplana victor.vilaplana@practus.com, smoreno@foley.com