Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com

Special Counsel for Richard A. Marshack,
Plaintiff and Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>**GLENROY COACHELLA, LLC,**<br><br>Debtor.<br>______________________<br>**RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff,<br><br>v.<br><br>**ASR DEVELOPMENT CO**, a California corporation; **DESERT MEDICAL PROPERTIES, INC**., a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST**<br>Defendants. | Case No.: 2:21:bk-11188-BB<br><br>Chapter 7<br><br>Adv. Case No. 2:23-ap-01080-BB<br><br>**NOTICE OF CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE RE STRIKING DEFENDANTS ABRAHAM STUART RUBIN AND ASR DEVELOPMENT CO.'S ANSWER AND ALLOWING PLAINTIFF TO PROCEED BY WAY OF DEFAULT**<br><br>**Continued OSC Hearing**<br>Date: October 15, 2024<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, California 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, DEFENDANT, AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the Court continued the Hearing on the Order To Show Cause re Striking Defendants Abraham Stuart Rubin and ASR Development Co.'s Answer and Allowing Plaintiff to Proceed by Way of Default held on September 24, 2024 at 2:00 p.m. in the above-referenced adversary proceeding to **October 15, 2024** at **2:00 p.m.**, in Courtroom 1539 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012.

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

DATED: September 26, 2024

By: */s/ Ryan D. O'Dea*
Leonard M. Shulman
Ryan D. O'Dea
Attorneys for Richard A. Marshack,
Chapter 7 Trustee/Plaintiff

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE RE STRIKING DEFENDANTS ABRAHAM STUART RUBIN AND ASR DEVELOPMENT CO.'S ANSWER AND ALLOWING PLAINTIFF TO PROCEED BY WAY OF DEFAULT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***September 26, 2024***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**COUNSEL FOR DEFENDANT JOSEPH RUBIN**: Joseph Boufadel jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
**INTERESTED PARTY:** Daren Brinkman firm@brinkmanlaw.com, 7764052420@filings.docketbird.com
**CHAPTER 7 TRUSTEE/PLAINTIFF:** Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
**COUNSEL FOR CHAPTER 7 TRUSTEE/PLAINTIFF:** Ryan D O'Dea rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;cthornton@shulmanbastian.com
**INTERESTED PARTY:** David Samuel Shevitz David.S.Shevitz@usdoj.gov
**INTERESTED PARTY:** United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
**INTERESTED PARTY:** Victor A Vilaplana victor.vilaplana@practus.com, smoreno@foley.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ***September 26, 2024***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ***September 26, 2024***, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Defendants**
abrahamrubin98834@muchomail.com
srubin@rprp.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 26, 2024 | Cassandra J. Thornton | */s/ Cassandra J. Thornton* |
| *Date* | *Printed Name* | *Signature* |

## U.S. MAIL SERVICE LIST

**Judge's Copy**
The Honorable Sheri Bluebond
United States Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

**Defendants**
ASR DEVELOPMENT CO.
Attn: Authorized Agent
1801 SOUTH LA CIENEGA BLVD. STE. 301
LOS ANGELES, CA 90035

ASR DEVELOPMENT CO.
Attn: Authorized Agent
3500 S DUPONT HWY
DOVER,DE 19901

ASR DEVELOPMENT CO.
Attn: Agent for Service
7801 FOLSOM BLVD #202
SACRAMENTO, CA 95826

Abraham Stuart Rubin
715 N. Alpine Dr.
Beverly Hills, CA 90210

Abraham Stuart Rubin
9601 Wilshire Blvd Ste 260
Beverly Hills, CA 90210-5205

Abraham Stuart Rubin
1801 SOUTH LA CIENEGA BLVD. STE. 301
LOS ANGELES, CA 90035