United States Bankruptcy Court

Central District of California

Richard A. Marshack, solely in his capac,

Plaintiff

Adv. Proc. No. 23-01080-BB

ASR Development Co., a California corpor,

Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2

Date Rcvd: Sep 25, 2024 Form ID: pdf031 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2024:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| crcm | + | Committee of Unsecured Creditors, Brinkman Law Group, PC, 543 Country Club Drive, Suite B, Wood Ranch, CA 93065 U.S.A. 93065-7696 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| aty | | Victor A Vilaplana |
| dft | | ASR Development Co., a California corporation |
| dft | | Abraham Stuart Rubin |
| intp | | Courtesy NEF |
| dft | | Joseph Rubin |
| intp | | LK Asset Advisors, LLC |
| pla | | Richard A. Marshack, solely in his capacity as Cha |

TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Daren Brinkman | on behalf of Creditor Committee Committee of Unsecured Creditors firm@brinkmanlaw.com 7764052420@filings.docketbird.com |

| | |
|---|---|
| David Samuel Shevitz | on behalf of U.S. Trustee United States Trustee (LA) David.S.Shevitz@usdoj.gov |
| Joseph Boufadel | on behalf of Defendant Joseph Rubin jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Joseph Boufadel | on behalf of Interested Party Courtesy NEF jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| Ryan D O'Dea | on behalf of Trustee Richard A Marshack (TR) rodea@shulmanbastian.com lgauthier@shulmanbastian.com;avernon@shulmanbastian.com;cthornton@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Plaintiff Richard A. Marshack solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com;cthornton@shulmanbastian.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Victor A Vilaplana | on behalf of Attorney Victor A Vilaplana victor.vilaplana@practus.com smoreno@foley.com |

TOTAL: 9

FILED & ENTERED

SEP 25 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Glenroy Coachella, LLC,<br><br>Debtor(s), | Case No.: 2:21-bk-11188-BB<br><br>Chapter: 7<br><br>Adversary No.: 2:23-ap-01080-BB<br><br>ORDER VACATING ORDER TO SHOW CAUSE RE SANCTIONS ON VICTOR VILAPLANA, ESQ. |
| Richard A. Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff(s),<br><br>vs.<br><br>ASR Development Co., a California corporation,<br><br>Defendant(s). | Date: September 24, 2024<br>Time: 2:00 PM<br>Crtm: 1539 |

A hearing in the above-referenced bankruptcy case was held on September 24, 2024 at 2:00 p.m. on the Court's order to show cause why sanctions should not be imposed on Victor

Vilaplana, Esq. ("Order to Show Cause"). The Court having reviewed Mr. Vilaplana's response to the Order to Show Cause and as stated on the record,

**IT IS HEREBY ORDERED** that the Order to Show Cause is VACATED.

###

Date: September 25, 2024

Sheri Bluebond
United States Bankruptcy Judge