Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com

Special Counsel for Richard A. Marshack,
Plaintiff and Chapter 7 Trustee

FILED & ENTERED

DEC 12 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re

**GLENROY COACHELLA, LLC,**

Debtor.

---

**RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,

Plaintiff,

v.

**ASR DEVELOPMENT CO**, a California corporation; **DESERT MEDICAL PROPERTIES, INC.**, a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST**

Defendants.

Case No.: 2:21:bk-11188-BB

Chapter 7

Adv. Case No. 2:23-ap-01080-BB

**ORDER (i) STRIKING DEFENDANTS ABRAHAM STUART RUBIN AND ASR DEVELOPMENT CO.'S ANSWER FOR FAILURE TO RESPOND TO THE COURT'S OSC AND FAILURE TO PARTICIPATE IN STATUS CONFERENCES AND (ii) CONTINUING STATUS CONFERENCE**

Status Conference and OSC hearing:
Date: October 15, 2025
Time: 2:00 p.m.

**Continued Status Conference**
Date: February 11, 2025
Time: 2:00 p.m.
Place: Courtroom 1539
United States Bankruptcy Court
255 E. Temple Street
Los Angeles, California 90012

A hearing on the Court's order to show cause re striking defendants Abraham Stuart Rubin and ASR Development Co.'s answer and allowing plaintiff to proceed by way of default and status conference ("Status Conference") took place in the above-referenced matter on October 15, 2024 at 2:00 p.m. before the Honorable Bluebond, United States Bankruptcy Judge. Appearances were made as noted on the record.

The Court having reviewed the pleadings and documents on file in this adversary proceeding, good cause appearing therefor, and as stated on the record,

**IT IS HEREBY ORDERED** that the answers filed by Defendants Abraham Stuart Rubin and ASR Development Co. on October 13, 2023 are hereby stricken for failure to respond to the Court's Order to Show Cause hearing held on September 24, 2024 and on October 15, 2024, as well as their failure to participate in the status conferences held on August 27, 2024 and October 15, 2024.

**IT IS FURTHER ORDERED** that plaintiff is permitted to proceed by way of default.

**IT IS FURTHER ORDERED** that the status conference is continued to February 11, 2025 at 2:00 p.m.

# # # #

Date: December 12, 2024

Sheri Bluebond
United States Bankruptcy Judge

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618