Leonard M. Shulman - Bar No. 126349
Ryan D. O'Dea - Bar No. 273478
Brooke S. Thompson - Bar No. 349216
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: LShulman@shulmanbastian.com
ROdea@shulmanbastian.com
BThompson@shulmanbastian.com

Counsel for Richard A. Marshack, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

In re

**GLENROY COACHELLA, LLC,**

Debtor._

---

**RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC

Plaintiff,

vs.

**ASR DEVELOPMENT CO**, a California corporation; **DESERT MEDICAL PROPERTIES, INC**., a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST**

Defendants.

Case No.: 2:21:bk-11188-BB

Chapter 7

Adv. Case No. 2:23-ap-01080-BB

**DECLARATION OF BROOKE S. THOMPSON IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT ASR DEVELOPMENT CO.**

[Request for Entry of Default submitted on January 21, 2025]

**Status Conference**
Date: February 11, 2025
Time: 2:00 p.m.
Place: Courtroom 1539
United States Bankruptcy Court
255 E. Temple Street
Los Angeles, California 90012

I, Brooke S. Thompson, declare as follows:

1. I am an associate attorney with Shulman Bastian Friedman & Bui LLP, counsel for Plaintiff, Richard A. Marshack, Chapter 7 Trustee ("Plaintiff") for the bankruptcy estate of Glenroy Coachella, LLC. I am also a member of the California State Bar, and am thus entitled to practice before all Courts in the State of California, including the United States Bankruptcy Court for the Central District of California. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. I make this declaration in support of the Request for Entry of Default ("Request for Default") filed with the Court on January 21, 2025, Docket No. 106.

3. On February 16, 2023, on behalf of the Plaintiff, my office filed a Complaint in this case against defendants ASR Development Co., a California corporation, Desert Medical Properties, Inc., a California corporation; Abraham Stuart Rubin, an individual, Joseph Rubin, an individual, Dr. Elliot B. Lander, an individual, and Gary Stiffelman as trustee for the Stiffelman Family Trust ("Complaint").

4. On February 23, 2025, our office served the Complaint along with the Summons and Notice of Status Conference in Adversary Proceeding ("Summons") and Notice of Early Meeting of Counsel Pursuant to Local Bankruptcy Rule 7026-1, on defendant Abraham Stuart Rubin by mail service at the following addresses:

| | | |
|---|---|---|
| ASR Development Co.<br>Attn: Authorized Agent<br>1801 South La Cienega Blvd. Suite 301<br>Los Angeles, CA 90035 | ASR Development Co.<br>Attn: Authorized Agent<br>3500 S. Dupont Hwy.<br>Dover, DE 19901 | ASR Development Co.<br>Attn: Agent for Service<br>1505 Corporation<br>11567 Incorporating Services, Ltd.<br>7801 Folsom Blvd., #202<br>Sacramento, CA 95826 |

A conformed copy of the completed Summons showing service of the Complaint and Summons is attached to the Request for Default.

5. Per the Summons issued by the Court, a response to the Complaint was due on or before February 16, 2025.

6. On October 13, 2023, defendant ASR Development Co. filed an answer to the Complaint.

7. On August 28, 2024, after defendants Abraham Stuart Rubin and ASR Development Co. failed to participate and appear at the status conferences held on August 27, 2024 and October 15, 2024 ("Status Conferences"), the Court entered an Order to Show Cause ("OSC") re Striking Defendants Abraham Stuart Rubin and ASR Development Co.'s Answer and Allowing Plaintiff to Proceed by Way of Default setting a hearing on the OSC for September 24, 2024 at 2:00 p.m. ("OSC Hearing") [Docket No. 89]

8. On September 24, 2024, defendants Abraham Stuart Rubin and ASR Development Co. failed to appear and the Court continued the OSC Hearing to October 15, 2024 at 2:00 p.m. ("OSC Continued Hearing").

9. The defendants Abraham Stuart Rubin and ASR Development Co. again failed to appear at the OSC Continued Hearing.

10. On December 12, 2024, the Court entered an Order striking the answers filed on October 13, 2023 by defendants Abraham Stuart Rubin and ASR Development Co. for failure to respond and appear at the OSC Hearing, the OSC Continued Hearing, as well as their failure to participate in the Status Conferences. The Court further ordered that Plaintiff is permitted to proceed by way of default. ("OSC Order") [Docket No. 102].

11. Pursuant to the OSC Order striking defendant ASR Development Co.'s answer to the Complaint, reviewing the docket on Pacer for this action, and not having received any further pleadings responsive to the Complaint, I request that default be entered against defendant ASR Development Co. in this adversary case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of January 21, 2025, at Irvine, California.

/s/ Brooke S. Thompson
Brooke S. Thompson

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF BROOKE S. THOMPSON IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT ASR DEVELOPMENT CO.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***January 21, 2025***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**COUNSEL FOR DEFENDANT JOSEPH RUBIN**: Joseph Boufadel jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
**INTERESTED PARTY:** Daren Brinkman firm@brinkmanlaw.com, 7764052420@filings.docketbird.com
**CHAPTER 7 TRUSTEE/PLAINTIFF:** Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
**COUNSEL FOR CHAPTER 7 TRUSTEE/PLAINTIFF:** Ryan D O'Dea rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;cthornton@shulmanbastian.com
**INTERESTED PARTY:** David Samuel Shevitz David.S.Shevitz@usdoj.gov
**INTERESTED PARTY:** United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
**INTERESTED PARTY:** Victor A Vilaplana victor.vilaplana@practus.com, smoreno@foley.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ***January 21, 2025***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ***January 21, 2025***, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Defendants**
abrahamrubin98834@muchomail.com
srubin@rprp.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 21, 2025 | Anne Marie Vernon | */s/ Anne Marie Vernon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## U.S. MAIL SERVICE

**Judge's Copy**
The Honorable Sheri Bluebond
United States Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

**Defendants**
ASR Development Co.
Attn: Authorized Agent
1801 South La Cienega Blvd., Suite 301
Los Angeles, CA 90035

Abraham Stuart Rubin
715 N. Alpine Drive
Beverly Hills, CA 90210

Abraham Stuart Rubin
1801 South La Cienega Blvd., Suite 301
Los Angeles, CA 90035

**RTS-Unable to Forward 10-9-24**
~~ASR DEVELOPMENT CO.~~
~~Attn: Authorized Agent~~
~~3500 S DUPONT HWY~~
~~DOVER,DE 19901~~

**RTS-Unable to Forward 10-9-24**
~~ASR DEVELOPMENT CO.~~
~~Attn: Agent for Service~~
~~7801 FOLSOM BLVD #202~~
~~SACRAMENTO, CA 95826~~

**RTS-Unable to Forward 10-14-24**
~~Abraham Stuart Rubin~~
~~9601 Wilshire Blvd Ste 260~~
~~Beverly Hills, CA 90210-5205~~