**United States Bankruptcy Court**
**Central District of California**

**255 East Temple Street, Los Angeles, CA 90012**

| | |
|---|---|
| In re:<br>Glenroy Coachella, LLC<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 2:21−bk−11188−BB |
| Richard A. Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC<br><br>Plaintiff(s)<br>Versus<br>ASR Development Co., a California corporation<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | CHAPTER NO.: 7<br><br>ADVERSARY NO.: 2:23−ap−01080−BB |

# NOTICE THAT DEFAULT HAS NOT BEEN ENTERED BY THE CLERK UNDER LOCAL BANKRUPTCY RULE 7055−1(a)

On 1−21−2025, a request was filed for the clerk to enter default against defendant(s) **ASR Development Co**.

After reviewing the request against the complaint filed and summons issued by the court, a default will NOT be entered due to the following reasons:

- ☐ The name of the defendant listed on the request does not match the complaint.
- ☐ The defendant's and or attorney's address listed on the Proof of Service does not match the complaint.
- ☑ The complaint file date listed on the request does not match the docket.
- ☐ A conformed copy of the executed Service of Summons form is not attached.
- ☐ The request is premature as the time for filing an answer or other responsive pleading has not expired.
- ☐ The summons has expired.
- ☐ An answer or other responsive pleading has been filed.
- ☐ The declaration required under Local Bankruptcy Rule 7055−1(a) is not attached.
- ☐ There is no Proof of Service of the request on the defaulting party.
- ☐ The Proof of Service and copy of the Summons is not attached to the request.
- ☐ A motion to (1) dismiss the Complaint or (2) for summary judgment has been filed by the defendant.

Also, Item no. 3 on the Declaration has incorrect date and tem no. 5 on the Declaration has incorrect date.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: January 23, 2025

**By: Maria Evangelista**
**Deputy Clerk**

# ATTACHMENT A
Names of plaintiffs and defendants

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| Richard A. Marshack, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC | ASR Development Co., a California corporation<br>Abraham Stuart Rubin |



**ATTACHMENT A**