| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman – Bar No. 126349<br>Ryan D. O'Dea – Bar No. 273478<br>Brooke S. Thompson – Bar No. 349216<br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: lshulman@shulmanbastian.com<br>rodea@shulmanbastian.com<br>bthompson@shulmanbastian.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Richard A. Marshack, Plaintiff and Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *LOS ANGELES* DIVISION**

| | |
|---|---|
| In re:<br><br>**GLENROY COACHELLA, LLC,**<br><br>Debtor(s). | CASE NO.: 2:21:bk-11188-BB<br>CHAPTER: 7<br>ADVERSARY NO.: 2:23-ap-01080-BB |
| **RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff(s),<br><br>vs.<br><br>**ASR DEVELOPMENT CO**, a California corporation; **DESERT MEDICAL PROPERTIES, INC.**, a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST.**<br><br>Defendants. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ABRAHAM STUART RUBIN AND ASR DEVELOPMENT CO.** |

PLEASE TAKE NOTE that the order or judgment titled Order Granting Plaintiff's Motion for Default Judgment Against Defendants Abraham Stuart Rubin and ASR Development Co. and Judgment in Favor of Plaintiff and Against Defendants Abraham Stuart Rubin and ASR Development Co. were lodged on (*date*) April 8, 2025 and are attached. This order and judgment relate to the motion which is docket number 122.

[1] Please abbreviate if title cannot fit into text field.

# ORDER

Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
Brooke S. Thompson – Bar No. 349216
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com
bthompson@shulmanbastian.com

Special Counsel for Richard A. Marshack, Plaintiff and Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>**GLENROY COACHELLA, LLC,**<br><br>Debtor. | Case No.: 2:21:bk-11188-BB<br><br>Chapter 7<br><br>Adv. Case No. 2:23-ap-01080-BB |
| **RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff,<br><br>v.<br><br>**ASR DEVELOPMENT CO.**, a California corporation; **DESERT MEDICAL PROPERTIES, INC**., a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST.**<br><br>Defendants. | **ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ABRAHAM STUART RUBIN AND ASR DEVELOPMENT CO.**<br><br>**Hearing:**<br>Date: April 1, 2025<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, California |

Plaintiff's Motion for Default Judgment Against Defendants Abraham Stuart Rubin and ASR Development Co. ("Motion") came on for regular hearing on April 1, 2025 before the Honorable Deborah J. Saltzman, United States Bankruptcy Judge, in Courtroom 1539 of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California.

Brooke S. Thompson of Shulman Bastian Friedman & Bui LLP appeared via Zoom on behalf of Plaintiff Richard A. Marshack, solely in his capacity as Chapter 7 trustee for the bankruptcy estate of Glenroy Coachella, LLC ("Plaintiff").

The Court having reviewed the Motion, the Declarations of Plaintiff and Dimple A. Mehra in support of the Motion, the Memorandum of Points and Authorities in support of the Motion, and having considered the arguments and representations of counsel therein, and for good cause appearing,

**IT IS SO ORDERED:**

1. The Motion is granted in its entirety.

2. The Fraudulent Transfers[1] are avoided as fraudulent transfers pursuant to 11 U.S.C. §§ 544 and 550 and Cal. Civ. Code §§ 3439.04 and 3439.07 in the amount of $6,103,112.19.

3. The Fraudulent Transfers are avoided as constructive transfers pursuant to 11 U.S.C. §§ 544 and 550 and Cal. Civ. Code §§ 3439.04 and 3439.07 in the amount of $6,103,112.19.

4. The Fraudulent Transfers are preserved for the benefit of the bankruptcy estate pursuant to 11 U.S.C. § 551 in the amount of $6,103,112.19.

5. Judgment is entered for general damages in the amount of $6,103,112.19 against Defendants Abraham Stuart Rubin and ASR Development Co.

6. Any claims asserted by Defendants Abraham Stuart Rubin and ASR Development Co. are disallowed pursuant to section 11 U.S.C. § 502(d).

# # #

[1] All capitalized terms have the same meaning as set forth in the Motion.

# JUDGMENT

Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
Brooke S. Thompson – Bar No. 349216
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com
bthompson@shulmanbastian.com

Special Counsel for Richard A. Marshack, Plaintiff and Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>**GLENROY COACHELLA, LLC,**<br><br>Debtor. | Case No.: 2:21:bk-11188-BB<br><br>Chapter 7<br><br>Adv. Case No. 2:23-ap-01080-BB |
| **RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff,<br><br>v.<br><br>**ASR DEVELOPMENT CO.**, a California corporation; **DESERT MEDICAL PROPERTIES, INC.**, a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST.**<br><br>Defendants. | **JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANTS ABRAHAM STUART RUBIN AND ASR DEVELOPMENT CO.** |

Defendants Abraham Stuart Rubin and ASR Development Co. having been duly served with the Complaint Against Defendants for: (1) Avoidance of Intentional Fraudulent Transfers and Recovery of Same; (2) Avoidance of Constructive Fraudulent Transfers and Recovery of Same; (3) Preservation of Avoided Transfers; (4) Disallowance of Claims, and (5) Unjust Enrichment and

Summons and Notice of Status Conference in Adversary Proceeding, the Court having entered an Order Striking Defendants' Answer for Failure to Respond to the Court's OSC and Failure to Participate in Status Conferences [Dkt. No. 102], the Court having considered "Plaintiff's Motion for Default Judgment Against Defendants Abraham Stuart Rubin and ASR Development Co." [Dkt. No. 122] ("Motion"), the Declarations of Plaintiff Richard A. Marshack and Dimple A. Mehra in support of the Motion, the Memorandum of Points and Authorities in support of the Motion, and having considered the arguments and representations of counsel therein, and for good cause appearing, the Court now enters judgment in favor of Plaintiff Richard A. Marshack and against Defendants Abraham Stuart Rubin and ASR Development Co.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is awarded in favor of Plaintiff Richard A. Marshack and against Defendants Abraham Stuart Rubin and ASR Development Co. for general damages in the total sum of $6,103,112.19 plus interest at the legal federal rate from the date of entry of judgment until paid in full as follows:

For damages in the sum of $6,103,112.19 on the First and Second Claims for Relief for avoidance of actual and constructive fraudulent transfers pursuant to 11 U.S.C. §§ 544 and 550 and Cal. Civ. Code §§ 3439.04 and 3439.07.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 Spectrum Center Drive, Suite 600, Irvine, California 926618

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***April 8, 2025***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**COUNSEL FOR DEFENDANT JOSEPH RUBIN**: Joseph Boufadel jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
**INTERESTED PARTY:** Daren Brinkman firm@brinkmanlaw.com, 7764052420@filings.docketbird.com
**CHAPTER 7 TRUSTEE/PLAINTIFF:** Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
**COUNSEL FOR CHAPTER 7 TRUSTEE/PLAINTIFF:** Ryan D O'Dea rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;cthornton@shulmanbastian.com
**INTERESTED PARTY:** David Samuel Shevitz David.S.Shevitz@usdoj.gov
**COUNSEL FOR CHAPTER 7 TRUSTEE/PLAINTIFF:** Brooke S Thompson bthompson@shulmanbastian.com, avernon@shulmanbastian.com
**INTERESTED PARTY:** United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
**INTERESTED PARTY:** Victor A Vilaplana victor.vilaplana@practus.com, smoreno@foley.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ***April 8, 2025***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 8, 2025 | Anne Marie Vernon | /s/ Anne Marie Vernon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## U.S. MAIL SERVICE

**Judge's Copy**
The Honorable Sheri Bluebond
United States Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

**Defendants**
ASR Development Co.
Attn: Authorized Agent
1801 South La Cienega Blvd., Suite 301
Los Angeles, CA 90035

**RTS – Unable to Forward 3-19-25**
~~Abraham Stuart Rubin~~
~~1801 South La Cienega Blvd., Suite 301~~
~~Los Angeles, CA 90035~~

**RTS – Unable to Forward 2-14-25**
~~Abraham Stuart Rubin~~
~~715 N. Alpine Drive~~
~~Beverly Hills, CA 90210~~

**RTS-Unable to Forward 10-9-24**
~~ASR Development Co.~~
~~Attn: Authorized Agent~~
~~3500 S Dupont Hwy~~
~~Dover,DE 19901~~

**RTS-Unable to Forward 10-9-24**
~~ASR Development Co.~~
~~Attn: Agent for Service~~
~~7801 Folsom Blvd #202~~
~~Sacramento, CA 95826~~

**RTS-Unable to Forward 10-14-24**
~~Abraham Stuart Rubin~~
~~9601 Wilshire Blvd Ste 260~~
~~Beverly Hills, CA 90210-5205~~