Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
Brooke S. Thompson – Bar No. 349216
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com
bthompson@shulmanbastian.com

Special Counsel for Richard A. Marshack, Plaintiff and Chapter 7 Trustee

FILED & ENTERED

APR 15 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re

**GLENROY COACHELLA, LLC,**

Debtor.

**RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,

Plaintiff,

v.

**ASR DEVELOPMENT CO.**, a California corporation; **DESERT MEDICAL PROPERTIES, INC.**, a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST.**

Defendants.

Case No.: 2:21-bk-11188-BB

Chapter 7

Adv. No.: 2:23-ap-01080-BB

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ABRAHAM STUART RUBIN AND ASR DEVELOPMENT CO.**

**Hearing:**
Date: April 1, 2025
Time: 2:00 p.m.
Place: Courtroom 1539
United States Bankruptcy Court
255 E. Temple Street
Los Angeles, California

Plaintiff's Motion for Default Judgment Against Defendants Abraham Stuart Rubin and ASR Development Co. ("Motion") came on for regular hearing on April 1, 2025 at 2:00 p.m. before the Honorable Sheri Bluebond, United States Bankruptcy Judge, in Courtroom 1539 of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California.

Brooke S. Thompson of Shulman Bastian Friedman & Bui LLP appeared via Zoom on behalf of Plaintiff Richard A. Marshack, solely in his capacity as Chapter 7 trustee for the bankruptcy estate of Glenroy Coachella, LLC ("Plaintiff").

The Court having reviewed the Motion, the Declarations of Plaintiff and Dimple A. Mehra in support of the Motion, the Memorandum of Points and Authorities in support of the Motion, and having considered the arguments and representations of counsel therein, and for good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is GRANTED in its entirety.

2. The Fraudulent Transfers[1] are avoided as fraudulent transfers pursuant to 11 U.S.C. §§ 544 and 550 and Cal. Civ. Code §§ 3439.04 and 3439.07 in the amount of $6,103,112.19.

3. The Fraudulent Transfers are avoided as constructive transfers pursuant to 11 U.S.C. §§ 544 and 550 and Cal. Civ. Code §§ 3439.04 and 3439.07 in the amount of $6,103,112.19.

4. The Fraudulent Transfers are preserved for the benefit of the bankruptcy estate pursuant to 11 U.S.C. § 551 in the amount of $6,103,112.19.

5. Judgment is entered for general damages in the amount of $6,103,112.19 against Defendants Abraham Stuart Rubin and ASR Development Co.

6. Any claims asserted by Defendants Abraham Stuart Rubin and ASR Development Co. are disallowed pursuant to section 11 U.S.C. § 502(d).

# # #

Date: April 15, 2025

Sheri Bluebond
United States Bankruptcy Judge

[1] All capitalized terms have the same meaning as set forth in the Motion.