Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
Brooke S. Thompson – Bar No. 349216
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com
bthompson@shulmanbastian.com

Special Counsel for Richard A. Marshack, Plaintiff and Chapter 7 Trustee

FILED & ENTERED

APR 15 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>**GLENROY COACHELLA, LLC,**<br><br>Debtor. | Case No.: 2:21-bk-11188-BB<br><br>Chapter 7<br><br>Adv. No.: 2:23-ap-01080-BB |
| **RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff,<br><br>v.<br><br>**ASR DEVELOPMENT CO.**, a California corporation; **DESERT MEDICAL PROPERTIES, INC.**, a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST.**<br><br>Defendants. | **JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANTS ABRAHAM STUART RUBIN AND ASR DEVELOPMENT CO.** |

Defendants Abraham Stuart Rubin and ASR Development Co. having been duly served with the Complaint Against Defendants for: (1) Avoidance of Intentional Fraudulent Transfers and Recovery of Same; (2) Avoidance of Constructive Fraudulent Transfers and Recovery of Same; (3) Preservation of Avoided Transfers; (4) Disallowance of Claims, and (5) Unjust Enrichment and

Summons and Notice of Status Conference in Adversary Proceeding; the Court having entered an Order Striking Defendants' Answer for Failure to Respond to the Court's OSC and Failure to Participate in Status Conferences [Dkt. No. 102]; the Court having considered "Plaintiff's Motion for Default Judgment Against Defendants Abraham Stuart Rubin and ASR Development Co." [Dkt. No. 122] ("Motion"), the Declarations of Plaintiff Richard A. Marshack and Dimple A. Mehra in support of the Motion, the Memorandum of Points and Authorities in support of the Motion, and having considered the arguments and representations of counsel therein; and for good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is awarded in favor of Plaintiff Richard A. Marshack and against Defendants Abraham Stuart Rubin and ASR Development Co. for general damages in the total sum of $6,103,112.19 plus interest at the legal federal rate from the date of entry of judgment until paid in full as follows:

For damages in the sum of $6,103,112.19 on the First and Second Claims for Relief for avoidance of actual and constructive fraudulent transfers pursuant to 11 U.S.C. §§ 544 and 550 and Cal. Civ. Code §§ 3439.04 and 3439.07.

# # #

Date: April 15, 2025

Sheri Bluebond
United States Bankruptcy Judge