United States Bankruptcy Court

Central District of California

Richard A. Marshack, solely in his capac,

Plaintiff

Adv. Proc. No. 23-01080-BB

ASR Development Co., a California corpor,

Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2

Date Rcvd: Apr 15, 2025 Form ID: pdf045 Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jennifer Andrews, Kutak Rock LLP, 777 South Figueroa St, Ste 4550, Los Angeles, CA 90017-5840 |
| aty | + | Sean A OKeefe, OKeefe & Assoc. Law Corp., P.C., 26 Executive Park, Suite 250, Irvine, CA 92614-2701 |
| aty | + | Timothy R Laquer, Law Offices of Damian D Capozzola, 633 W Fifth St 26th Fl, Los Angeles, CA 90071-2053 |
| crcm | + | Committee of Unsecured Creditors, Brinkman Law Group, PC, 543 Country Club Drive, Suite B, Wood Ranch, CA 93065 U.S.A. 93065-7696 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Victor A Vilaplana |
| dft | | ASR Development Co., a California corporation |
| dft | | Abraham Stuart Rubin |
| intp | | Courtesy NEF |
| dft | | Desert Medical Properties, Inc., a California corp |
| dft | | Elliot B Lander |
| dft | | Gary Stiffelman, as trustee for the Stiffelman Fam |
| dft | | Joseph Rubin |
| intp | | LK Asset Advisors, LLC |
| pla | | Richard A. Marshack, solely in his capacity as Cha |

TOTAL: 10 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brooke S Thompson | on behalf of Trustee Richard A Marshack (TR) bthompson@shulmanbastian.com avernon@shulmanbastian.com |
| Daren Brinkman | on behalf of Creditor Committee Committee of Unsecured Creditors firm@brinkmanlaw.com 7764052420@filings.docketbird.com |
| David Samuel Shevitz | on behalf of U.S. Trustee United States Trustee (LA) David.S.Shevitz@usdoj.gov |
| Joseph Boufadel | on behalf of Interested Party Courtesy NEF jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| Ryan D O'Dea | on behalf of Trustee Richard A Marshack (TR) rodea@shulmanbastian.com lgauthier@shulmanbastian.com;avernon@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Plaintiff Richard A. Marshack solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Victor A Vilaplana | on behalf of Attorney Victor A Vilaplana victor.vilaplana@practus.com smoreno@foley.com |

TOTAL: 9

Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
Brooke S. Thompson – Bar No. 349216
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com
rodea@shulmanbastian.com
bthompson@shulmanbastian.com

Special Counsel for Richard A. Marshack, Plaintiff and Chapter 7 Trustee

FILED & ENTERED

APR 15 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re

**GLENROY COACHELLA, LLC,**

Debtor.

**RICHARD A. MARSHACK,** solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,

Plaintiff,

v.

**ASR DEVELOPMENT CO.**, a California corporation; **DESERT MEDICAL PROPERTIES, INC.**, a California corporation; **ABRAHAM STUART RUBIN**, an individual; **JOSEPH RUBIN**, an individual; **DR. ELLIOT B. LANDER**, an individual; and **GARY STIFFELMAN** as trustee for the **STIFFELMAN FAMILY TRUST.**

Defendants.

Case No.: 2:21-bk-11188-BB

Chapter 7

Adv. No.: 2:23-ap-01080-BB

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ABRAHAM STUART RUBIN AND ASR DEVELOPMENT CO.**

**Hearing:**
Date: April 1, 2025
Time: 2:00 p.m.
Place: Courtroom 1539
United States Bankruptcy Court
255 E. Temple Street
Los Angeles, California

Plaintiff's Motion for Default Judgment Against Defendants Abraham Stuart Rubin and ASR Development Co. ("Motion") came on for regular hearing on April 1, 2025 at 2:00 p.m. before the Honorable Sheri Bluebond, United States Bankruptcy Judge, in Courtroom 1539 of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California.

Brooke S. Thompson of Shulman Bastian Friedman & Bui LLP appeared via Zoom on behalf of Plaintiff Richard A. Marshack, solely in his capacity as Chapter 7 trustee for the bankruptcy estate of Glenroy Coachella, LLC ("Plaintiff").

The Court having reviewed the Motion, the Declarations of Plaintiff and Dimple A. Mehra in support of the Motion, the Memorandum of Points and Authorities in support of the Motion, and having considered the arguments and representations of counsel therein, and for good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is GRANTED in its entirety.

2. The Fraudulent Transfers[1] are avoided as fraudulent transfers pursuant to 11 U.S.C. §§ 544 and 550 and Cal. Civ. Code §§ 3439.04 and 3439.07 in the amount of $6,103,112.19.

3. The Fraudulent Transfers are avoided as constructive transfers pursuant to 11 U.S.C. §§ 544 and 550 and Cal. Civ. Code §§ 3439.04 and 3439.07 in the amount of $6,103,112.19.

4. The Fraudulent Transfers are preserved for the benefit of the bankruptcy estate pursuant to 11 U.S.C. § 551 in the amount of $6,103,112.19.

5. Judgment is entered for general damages in the amount of $6,103,112.19 against Defendants Abraham Stuart Rubin and ASR Development Co.

6. Any claims asserted by Defendants Abraham Stuart Rubin and ASR Development Co. are disallowed pursuant to section 11 U.S.C. § 502(d).

# # #

Date: April 15, 2025

Sheri Bluebond
United States Bankruptcy Judge

[1] All capitalized terms have the same meaning as set forth in the Motion.

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618